10/26 -246 NP
Case 1:22-cv-04149-WMR   Document 7   Filed 11/09/22   Page 1 of 2
Case 1:22-cv-04149-WMR   Document 2   Filed 10/18/22   Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia ▼

| | ) |
|---|---|
| Ramona Thurman Bivins, | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:22-cv-4149 |
| Felicia Franklin, in her individual and official capacities, Alieka Anderson, in her individual and official capacities, Gail Hambrick, in her individual and official capacities, and Clayton County, Georgia, | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Felicia Franklin, in her individual and official capacity
1526 Iris Walk
Jonesboro, GA 30238

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Edward D. Buckely and Andrew R. Tate
Buckley Beal LLP
600 Peachtree Street NE, Suite 3900
Atlanta, GA 30308

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date: 10/18/2022



s/Stephanie Wilson-Bynum
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-4149

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Felicia Franklin**
was received by me on *(date)* **10/20/22**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Jack Hancock, County Attorney**, who is designated by law to accept service of process on behalf of *(name of organization)* **Felicia Franklin** on *(date)* **11/1/22** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **11/1/22**

Server's signature

**Wiley P. Handley, Process Server**
Printed name and title

**1271 Avondale Ave**
**Atlanta GA 30312**
Server's address

Additional information regarding attempted service, etc:
**Defendant gave permission for Jack Hancock to accept service for her.**