IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RAMONA THURMAN BIVINS,

     Plaintiff,

vs.

FELICIA FRANKLIN, in her individual
and official capacities;
ALIEKA ANDERSON, in her individual
and official capacities;
GAIL HAMBRICK, in her individual
and official capacities; and
CLAYTON COUNTY, GEORGIA,

     Defendants.

CIVIL ACTION NO.:
1:22-cv-04149-WMR

## DEFENDANTS GAIL HAMBRICK AND CLAYTON COUNTY, GEORGIA'S CONSENT MOTION TO EXTEND THE DEADLINE TO ANSWER, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

COME NOW Defendants Gail Hambrick and Clayton County, Georgia ("Defendants") by and through their undersigned counsel and, pursuant to Fed. R. Civ. P. (6)(b), hereby move for an extension of time to respond to Plaintiff's Complaint, seeking an extension of this deadline through and including December 5, 2022. In support of this motion, Defendants respectfully show as follows:

Defendant Clayton County, Georgia's answer or responsive pleading is currently due on November 16, 2022, and Defendant Hambrick's answer or responsive pleading is currently due on November 17, 2022. Counsel for the Defendants have conferred with Plaintiff's counsel, and Plaintiff consents to Defendants' request for this extension. The additional time is requested to accommodate the recent retention of the undersigned counsel and to allow Defendants the time needed to evaluate Plaintiff's claims and prepare any necessary responsive pleadings.

WHEREFORE, Defendants respectfully request that they be granted an extension through and including December 5, 2022 to answer, plead, or otherwise respond to Plaintiff's Complaint. All defenses are hereby reserved.  A proposed order is attached for the Court's convenience.

## CERTIFICATE OF COMPLIANCE

I hereby certify that the within and foregoing has been prepared in compliance

with Local Rule 5.1(B) in 14-point Times New Roman type face.

*Respectfully Submitted,*

*/s/ John D. Bennett*
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com
Kirsten S. Daughdril
Georgia Bar No. 633350
Kirsten.daughdril@fmglaw.com
John D. Bennett
Georgia Bar No. 059212
jbennett@fmglaw.com

*Counsel for Defendants*

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
T:  770.818.0000
F:  770.937.9960

## CERTIFICATE OF SERVICE

I certify that I have this day filed the within and foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to the following counsel of record who are CM/ECF participants:

Andrew Ready Tate
Edward D. Buckley
Buckley Beal LLP
600 Peachtree Street, NE
Suite 3900
Atlanta, Georgia 30308
atate@buckleybeal.com
edbuckley@buckleybeal.com

*Counsel for Plaintiff*

This 10th day of November, 2022.

*/s/ John D. Bennett*
John D. Bennett
Georgia Bar No. 059212
*Counsel for Defendants*

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
T:  770.818.0000
F:  770.937.9960
E:  jbennett@fmglaw.com