IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RAMONA THURMAN BIVINS,<br><br>    Plaintiff,<br><br>vs.<br><br>FELICIA FRANKLIN, in her individual and official capacities;<br>ALIEKA ANDERSON, in her individual and official capacities;<br>GAIL HAMBRICK, in her individual and official capacities; and<br>CLAYTON COUNTY, GEORGIA,<br><br>    Defendants. | CIVIL ACTION NO.:<br>1:22-cv-04149-WMR |

## **O R D E R**

This matter is before the Court on Defendants' Consent Motion to Extend the Deadline to Answer, Plead, or Otherwise Respond to Plaintiff's Complaint. Upon consideration, and for good cause shown, the Consent Motion is hereby **GRANTED**. Defendants Gail Hambrick and Clayton County, Georgia shall have through and including **December 5, 2022** to answer, plead, or otherwise respond to Plaintiff's Complaint. All defenses are hereby reserved.

**SO ORDERED**, this _____ day of _____, 2022.

_____
HONORABLE WILLIAM M. RAY, III
UNITED STATES DISTRICT JUDGE