IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RAMONA THURMAN BIVINS,<br><br>  Plaintiff,<br><br>vs.<br><br>FELICIA FRANKLIN, in her individual and official capacities;<br>ALIEKA ANDERSON, in her individual and official capacities;<br>GAIL HAMBRICK, in her individual and official capacities; and<br>CLAYTON COUNTY, GEORGIA,<br><br>  Defendants. | CIVIL ACTION NO.:<br>1:22-cv-04149-WMR |

## **NOTICE OF APPEARANCE**

COMES NOW, Kirsten S. Daughdril, of the law firm of Freeman Mathis & Gary, LLP, 100 Galleria Parkway, Suite 1600, Atlanta, Georgia 30339, and hereby enters her appearance as co-counsel of record for Defendants Clayton County, Georgia and Gail Hambrick in the above-captioned civil action.

Respectfully submitted this 14th day of November, 2022.

[*Signature on following page*]

**FREEMAN MATHIS & GARY, LLP**

*/s/ Kirsten S. Daughdril*
Kirsten S. Daughdril
Georgia Bar No. 633350
Kirsten.daughdril@fmglaw.com
Attorney for Defendant

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
T: (770) 818-0000
F: (770) 937-9960

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing **NOTICE OF APPEARANCE** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants.

Respectfully submitted this 14th day of November, 2022.

*/s/ Kirsten S. Daughdril*
Kirsten S. Daughdril
Georgia Bar No. 633350
Kirsten.daughdril@fmglaw.com

Attorney for Defendant