IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RAMONA THURMAN BIVINS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | FILE NO. 1:22-cv-04149-WMR |
| | ) | |
| FELICIA FRANKLIN, in her individual and official capacities; | ) ) | |
| ALIEKA ANDERSON, in her individual and official capacities; | ) ) | |
| GAIL HAMBRICK, in her individual and official capacities; and | ) ) | |
| CLAYTON COUNTY, GEORGIA, | ) | |
| | ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW A. Ali Sabzevari of the law firm Freeman Mathis & Gary, LLP, 661 Forest Parkway, Suite E, Forest Park, Georgia, 30297, and hereby notifies the Court of his appearance as co-counsel for Defendants Clayton County, Georgia and Gail Hambrick, in the above-styled civil action.

This 14th day of November 2022.

**FREEMAN MATHIS & GARY, LLP**

*/s/ A. Ali Sabzevari*
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com
*Attorney for Defendant*

661 Forest Parkway, Suite E
Forest Park, GA  30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **NOTICE OF APPEARANCE OF COUNSEL** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF system participants:

| | |
|---|---|
| Andrew Ready Tate<br>Buckley Beal LLP<br>600 Peachtree St. NE<br>Suite 3900<br>Atlanta, GA 30308<br>404-781-1100<br>Email: atate@buckleybeal.com<br>*Attorney for Plaintiff* | John Douglas Bennett<br>Freeman Mathis & Gary, LLP<br><br>Edward D. Buckley<br>Buckley Beal, LLP<br>Suite 3900<br>600 Peachtree Street, NE<br>Atlanta, GA 30308<br>404-781-1100<br>Fax: 404-781-1101.<br>Email: edbuckley@buckleybeal.com<br>*Attorney for Plaintiff* |

This 14th day of November 2022

/s/ A. Ali Sabzevari
A. Ali Sabzevari
Georgia Bar No. 941527
*Attorney for Defendant*

661 Forest Parkway, Suite E
Forest Park, GA  30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)