# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RAMONA THURMAN BIVINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number: |
| ) | 1:22-cv-04149-WMF |
| FELICIA FRANKLIN, in her ) | |
| individual and official capacities; ) | |
| ALIEKA ANDERSON, in her ) | |
| individual and official capacities; ) | |
| GAIL HAMBRICK, in her ) | |
| individual and official capacities; ) | |
| and CLAYTON COUNTY, ) | |
| GEORGIA, ) | |
| ) | |
| Defendants. ) | |

## **NOTICE OF APPEARANCE**

COMES NOW Melissa A. Tracy, an attorney with the law firm of Jarrard & Davis, LLP, 222 Webb Street, Cumming, Georgia 30040, and hereby enters her appearance as co-counsel of record for Defendant Felicia Franklin in the above-styled civil action.

Respectfully submitted this 17th day of November, 2022.

[*Signature on following page*]

          <u>*/s/ Melissa A. Tracy*</u>
          Melissa A. Tracy
          Georgia Bar No. 714477
          mtracy@jarrard-davis.com
          *Counsel for Defendant Felicia Franklin*

JARRARD & DAVIS, LLP
222 Webb Street
Cumming, Georgia 30040
(678) 455- 7150

## CERTIFICATE OF COMPLIANCE

I hereby certify that the within and foregoing has been prepared in compliance with Local Rule 5.1(B) in 14-point Times New Roman type face.

*/s/ Melissa A. Tracy*
Melissa A. Tracy
Georgia Bar No. 714477
mtracy@jarrard-davis.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing **NOTICE OF APPEARANCE** in the above-styled civil action with the Clerk of Court by using the Court's CM/ECF system, which will automatically send notice of same to the attorneys of record.

This 17th day of November, 2022.

*/s/ Melissa A. Tracy*
Melissa A. Tracy
Georgia Bar No. 714477
mtracy@jarrard-davis.com