IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RAMONA THURMAN BIVINS, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>FELICIA FRANKLIN, in her )<br>individual and official capacities; )<br>ALIEKA ANDERSON, in her )<br>individual and official capacities; )<br>GAIL HAMBRICK, in her )<br>individual and official capacities; )<br>and CLAYTON COUNTY, )<br>GEORGIA, )<br>)<br>   Defendants. ) | Civil Action Number:<br>1:22-cv-04149-WMR |

## ORDER

This matter is before the Court on Defendant Felicia Franklin's Consent Motion to Extend the Deadline to Answer, Plead, or Otherwise Respond to Plaintiff's Complaint. Upon consideration, and for good cause shown, the Consent Motion is hereby **GRANTED**. Defendant Felicia Franklin shall have through and including **December 12, 2022** to answer, plead, or otherwise respond to Plaintiff's Complaint. All defenses are hereby reserved.

SO ORDERED this 18th day of November, 2022.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE