# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| RAMONA THURMAN BIVINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FELICIA FRANKLIN, in her individual | ) | CIVIL ACTION FILE NO.: |
| and official capacities; | ) | 1:22-cv-04149-WMR |
| ALIEKA ANDERSON, in her individual | ) | |
| and official capacities; | ) | |
| GAIL HAMBRICK, in her individual | ) | |
| and official capacities; and | ) | |
| CLAYTON COUNTY, GEORGIA, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT ALIEKA ANDERSON'S CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

COMES NOW, pursuant to Federal Rule 7.1 and Local Rule 3.3, Defendant

Alieka Anderson in the above-styled action, and submits her Certificate of

Interested Persons and Corporate Disclosure Statement:

(1) The undersigned counsel of record to this action certifies that the

following is a full and complete list of all parties in this action, including

any parent corporation and any publicly held corporation that owns 10%

or more of the stock of a party:

a) Defendant Alieka Anderson

b) Defendant Felicia Franklin

c) Defendant Gail Hambrick

d) Defendant Clayton County, Georgia

e) Plaintiff Ramona Bivins

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

a) None beside the parties.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

a) Randall C. Farmer– Counsel for Defendant Alieka Anderson;

b) Kirsten S. Daughdril – Counsel for Defendants Clayton County, Georgia and Gail Hambrick;

c) Arash A. Sabzevari – Counsel for Defendants Clayton County, Georgia and Gail Hambrick;

d) Jack R. Hancock – Counsel for Defendants Clayton County, Georgia and Gail Hambrick;

e) Melissa A. Tracy – Counsel for Defendant Felicia Franklin

f) Edward D. Buckley – Counsel for Plaintiff;

g) Andrew R. Tate – Counsel for Plaintiff.

This 29th day of November, 2022.

Respectfully submitted,

**GREGORY, DOYLE, CALHOUN & ROGERS, LLC**
Attorneys for Defendant

*/s/ Randall C. Farmer*
Randall C. Farmer
Georgia Bar No. 255345

49 Atlanta Street
Marietta, GA  30060
Phone: (770) 422-1776
Fax:   (770) 426-6155
Email: rfarmer@gdcrlaw.com

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing was prepared using Times New Roman font, 14-point type, which is one of the font and print selections approved by the Court in L.R. 5.1(B).

This 29th day of November, 2022.

**GREGORY, DOYLE, CALHOUN & ROGERS, LLC**
Attorneys for Defendant

*/s/ Randall C. Farmer*
Randall C. Farmer
Georgia Bar No. 255345

49 Atlanta Street
Marietta, GA  30060
Phone: (770) 422-1776
Fax:   (770) 426-6155
Email: rfarmer@gdcrlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 29th day of November, 2022, I electronically filed the foregoing **DEFENDANT ALIEKA ANDERSON'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** using CM/ECF, which will automatically send email notification of such filing to the following counsel of record:

Edward D. Buckley
Andrew R. Tate
Buckley Beale LLP
60 Peachtree Street NE
Ste. 3900
Atlanta, GA 30308
edbuckley@buckleybeal.com
atate@buckleybeal.com

Kirsten S. Daughdril
A. Ali Sabzevari
Jack R. Hancock
Freeman, Mathis & Gary, LLP
100 Galleria Parkway
Ste. 1600
Atlanta, GA 30339
kirsten.daughdril@fmglaw.com
asabzevari@fmglaw.com
jhancock@fmglaw.com

Melissa A. Tracy
Jarrard & Davis, LLP
222 Webb Street
Cumming, GA 30040
mtracy@jarrard-davis.com

**GREGORY, DOYLE, CALHOUN & ROGERS, LLC**
Attorneys for Defendant Alieka Anderson

*/s/ Randall C. Farmer*
Randall C. Farmer
Georgia Bar No. 255345

49 Atlanta Street
Marietta, GA  30060

Phone: (770) 422-1776
Fax:    (770) 426-6155
Email: rfarmer@gdcrlaw.com

3667000_1