UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RAMONA THURMAN BIVINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: |
| vs. ) | 1:22-cv-04149-WMR |
| ) | |
| FELICIA FRANKLIN, in her individual ) | JURY TRIAL DEMANDED |
| and official capacities; ) | |
| ALIEKA ANDERSON, in her individual ) | |
| and official capacities; ) | |
| GAIL HAMBRICK, in her individual ) | |
| and official capacities; and ) | |
| CLAYTON COUNTY, GEORGIA, ) | |
| ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**

**(1)** The undersigned counsel of record for Plaintiff in this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

   a) Plaintiff Ramona Thurman Bivins;

   b) Defendant Felicia Franklin, in her individual and official capacities;

   c) Defendant Alieka Anderson, in her individual and official capacities;

   d) Defendant Gail Hambrick, in her individual and official capacities; and

e) Defendant Clayton County, Georgia.

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

a) Buckley Beal LLP;

b) Freeman Mathis & Gary, LLP;

c) Gregory, Doyle, Calhoun & Rogers, LLC; and

d) Jarrard & Davis, LLP.

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

<u>For the Plaintiff:</u>

Edward D. Buckley
Georgia Bar No. 092750
edbuckley@buckleybeal.com
Andrew R. Tate
Georgia Bar No. 518068
atate@buckleybeal.com
Buckley Beal LLP
600 Peachtree Street NE, Suite 3900
Atlanta, GA  30308
Telephone: (404) 781-1100
Facsimile:  (404) 781-1101

For Defendants Gail Hambrick and Clayton County, Georgia:

A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com
Kirsten S. Daughdril
Georgia Bar No. 633350
Kirsten.daughdril@fmglaw.com
John D. Bennett
Georgia Bar No. 059212
jbennett@fmglaw.com
Jack R. Hancock
Georgia Bar No. 322450
jhancock@fmglaw.com
Freeman Mathis & Gary, LLP
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
Telephone: (770) 818-0000
Facsimile:  (770) 937-9960

For Defendant Felicia Franklin:

Ken E. Jarrard
Georgia Bar No. 389550
kjarrard@jarrard-davis.com
Melissa A. Tracy
Georgia Bar No. 714477
mtracy@jarrard-davis.com
Jarrard & Davis, LLP
222 Webb Street
Cumming, Georgia 30040
Telephone: (678) 455-7150

For Defendant Alieka Anderson:

Randall C. Farmer
Georgia Bar No. 255345

3

rfarmer@gdcrlaw.com
Dasha M. Jackson
Georgia Bar No. 386323
djackson@gdcrlaw.com
Gregory, Doyle, Calhoun & Rogers, LLC
49 Atlanta Street
Marietta, GA 30060
Telephone: (770) 422-1776
Facsimile:  (770) 426-6155

Respectfully submitted this 29th day of November, 2022.

              **BUCKLEY BEAL LLP**

         By: */s/ Andrew R. Tate*
            Edward D. Buckley
            Georgia Bar No. 092750
            edbuckley@buckleybeal.com
            Andrew R. Tate
            Georgia Bar No. 518068
            atate@buckleybeal.com

600 Peachtree Street NE
Suite 3900
Atlanta, GA  30308
Telephone: (404) 781-1100
Facsimile:  (404) 781-1101
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RAMONA THURMAN BIVINS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FELICIA FRANKLIN, in her individual ) <br> and official capacities; ) <br> ALIEKA ANDERSON, in her individual ) <br> and official capacities; ) <br> GAIL HAMBRICK, in her individual ) <br> and official capacities; and ) <br> CLAYTON COUNTY, GEORGIA, ) <br> ) <br> ) <br> Defendants. ) | CIVIL ACTION NO.: <br> 1:22-cv-04149-WMR <br><br> **JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2022, I served the foregoing **PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS** using the CM/ECF system which will automatically send e-mail notification to all counsel of record as follows:

A. Ali Sabzevari - asabzevari@fmglaw.com
Kirsten S. Daughdril - kirsten.daughdril@fmglaw.com
John D. Bennett - jbennett@fmglaw.com
Jack R. Hancock - jhancock@fmglaw.com
Ken E. Jarrard - kjarrard@jarrard-davis.com
Melissa A. Tracy - mtracy@jarrard-davis.com
Randall C. Farmer - rfarmer@gdcrlaw.com
Dasha M. Jackson - djackson@gdcrlaw.com

6

                    **BUCKLEY BEAL LLP**

By:   */s/ Andrew R. Tate*
       Andrew R. Tate
       Georgia Bar No. 518068