IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RAMONA THURMAN BIVINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO: 1:22-cv-04149-WMR |
| FELICIA FRANKLIN, in her ) | |
| individual and official capacities; ) | |
| ALIEKA ANDERSON, in her ) | |
| individual and official capacities; ) | |
| GAIL HAMBRICK, in her ) | |
| individual and official capacities; ) | |
| and CLAYTON COUNTY, ) | |
| GEORGIA ) | |
| Defendants. ) | |

## DEFENDANTS GAIL HAMBRICK AND CLAYTON COUNTY, GEORGIA'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

COME NOW Defendants Gail Hamrick, in her individual and official capacities ("Commissioner Hamrick" or Defendant Hambrick"), and Clayton County, Georgia, ("Clayton County" or "the County") (collectively, "Defendants"), by and through counsel, and file this Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). The basis for the motion is set forth in the accompanying brief in support of the motion.

Respectfully submitted this 5th day of December, 2022.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Kirsten S. Daughdril*
Jack R. Hancock
Georgia Bar No. 322450
Jack.hancock@fmglaw.com
Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com
John D. Bennett
Georgia Bar No. 059212
jbennett@fmglaw.com
Kirsten S. Daughdril
Georgia Bar No. 633350
Kirsten.daughdril@fmglaw.com

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
T:  770.818.0000
F:  770.937.9960

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(C) (Times New Roman font, 14-point).

This 5th day of December, 2022.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Kirsten S. Daughdril*
Kirsten S. Daughdril
Georgia Bar No. 633350

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
T:  770.818.0000
F:  770.937.9960
E: Kirsten.daughdril@fmglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **DEFENDANTS GAIL HAMBRICK AND CLAYTON COUNTY, GEORGIA'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to all counsel of record who are CM/ECF system participants.

This 5th day of December, 2022.

                                  **FREEMAN MATHIS & GARY, LLP**

                                  */s/ Kirsten S. Daughdril*
                                  Kirsten S. Daughdril
                                  Georgia Bar No. 633350

                                  *Attorney for Defendants Clayton County, Georgia and Gail Hambrick*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
T:  770.818.0000
F:  770.937.9960
E: jbennett@fmglaw.com