IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RAMONA THURMAN BIVINS,<br><br>    Plaintiff,<br><br>vs.<br><br>FELICIA FRANKLIN, in her individual and official capacities;<br>ALIEKA ANDERSON, in her individual and official capacities;<br>GAIL HAMBRICK, in her individual and official capacities; and<br>CLAYTON COUNTY, GEORGIA,<br><br>    Defendants. | CIVIL ACTION NO.:<br>1:22-cv-04149-WMR |

## **O R D E R**

Defendants Gail Hambrick and Clayton County, Georgia have moved this Court to stay all discovery in this case pending the resolution of their Motion to Dismiss. It appearing that this Order is sought in good faith with good cause having been shown, IT IS HEREBY ORDERED that the Motion to Stay All Discovery is GRANTED. All discovery in this case, including disclosures and planning conferences pursuant to Fed. R. Civ. P. 26 and L.R. 26.1, shall be stayed pending the final resolution of Defendant's Motion to Dismiss.

- 1 -

- 2 -

**SO ORDERED**, this 5th day of December, 2022.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE