# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RAMONA THURMAN BIVINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FELICIA FRANKLIN, in her )<br>individual and official capacities; )<br>ALIEKA ANDERSON, in her )<br>individual and official capacities; )<br>GAIL HAMBRICK, in her )<br>individual and official capacities; )<br>and CLAYTON COUNTY, )<br>GEORGIA, )<br>)<br>Defendants. ) | Civil Action Number:<br>1:22-cv-04149-WMR |

## DEFENDANT FELICIA FRANKLIN'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW Felicia Franklin, named as a Defendant it this action in both her individual and official capacities, by and through her counsel of record, and, pursuant to Federal Rule 7.1 and Local Rule 3.3, submits her Certificate of Interested Persons and Corporate Disclosure Statement as follows:

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and

any publicly held corporation that owns 10% or more of the stock of a party or a proposed intervenor:

    (a)    Plaintiff Ramona Thurman Bivins;

    (b)    Defendant Felicia Franklin, in her individual and official capacities;

    (c)    Defendant Alieka Anderson, in her individual and official capacities;

    (d)    Defendant Gail Hambrick, in her individual and official capacities;

    (e)    Defendant Clayton County, Georgia.

(2)    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None other than the parties.

(3)    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

<u>For the Plaintiff:</u>
Edward D. Buckley
Andrew R. Tate
Buckley Beal LLP
600 Peachtree Street NE, Suite 3900
Atlanta, GA 30308
Telephone: (404) 781-1100
Facsimile: (404) 781-1101

For Defendants Gail Hambrick and Clayton County, Georgia:
A. Ali Sabzevari
Kirsten S. Daughdril
John D. Bennett
Jack R. Hancock
Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
Telephone: (770) 818-0000
Facsimile: (770) 937-9960

For Defendant Felicia Franklin:
Ken E. Jarrard
Melissa A. Tracy
Jarrard & Davis, LLP
222 Webb Street
Cumming, Georgia 30040
Telephone: (678) 455-7150
Facsimile: (678) 455-7149

For Defendant Alieka Anderson:
Randall C. Farmer
Dasha M. Jackson
Gregory, Doyle, Calhoun & Rogers, LLC
49 Atlanta Street
Marietta, GA 30060
Telephone: (770) 422-1776
Facsimile: (770) 426-6155

(4)     [For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a).] The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

Not applicable.

Submitted this 12th day of December, 2022.

>*/s/ Melissa A. Tracy*
>Ken E. Jarrard
>Georgia Bar No. 389550
>kjarrard@jarrard-davis.com
>Melissa A. Tracy
>Georgia Bar No. 714477
>mtracy@jarrard-davis.com
>
>*Counsel for Defendant Felicia Franklin*

JARRARD & DAVIS, LLP
222 Webb Street
Cumming, Georgia 30040
(678) 455- 7150

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the within and foregoing has been prepared in compliance with Local Rule 5.1(B) in 14-point Times New Roman type face.

>*/s/ Melissa A. Tracy*
>Melissa A. Tracy
>Georgia Bar No. 714477
>mtracy@jarrard-davis.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this date electronically filed the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** in the above-styled civil action with the Clerk of Court by using the Court's CM/ECF system, which will automatically send notice of same to the attorneys of record.

This 12th day of December, 2022.

*/s/ Melissa A.Tracy*
Melissa A. Tracy
Georgia Bar No. 714477
mtracy@jarrard-davis.com