# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RAMONA THURMAN BIVINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: |
| vs. ) | 1:22-cv-04149-WMR |
| ) | |
| FELICIA FRANKLIN, in her individual ) | **JURY TRIAL DEMANDED** |
| and official capacities; ) | |
| ALIEKA ANDERSON, in her individual ) | |
| and official capacities; ) | |
| GAIL HAMBRICK, in her individual ) | |
| and official capacities; and ) | |
| CLAYTON COUNTY, GEORGIA, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER

This matter is before the Court on Plaintiff's Consent Motion for an Extension of Time to Respond to Defendants Gail Hambrick's and Clayton County, Georgia's Motion to Dismiss Plaintiff's Complaint. Defendants Hambrick and Clayton County having consented to it, and for good cause shown, the Motion is GRANTED. Plaintiff's deadline to respond to Defendants' Motion to Dismiss [Doc. 22] is extended to January 9, 2023.

IT IS SO ORDERED, this ____ day of _____, 2022.

2

_____
UNITED STATES JUDGE
NORTHERN DISTRICT OF GEORGIA

2