Exhibit "B"



**Jeffrey E. Turner**
Chairman
**Gail B. Hambrick**
Vice-Chair
**Dr. Alieka Anderson**
Commissioner
**Felicia Franklin**
Commissioner
**DeMont Davis**
Commissioner

Board of Commissioners

# CERTIFICATION

I, COURTNEY RUSHIN, CLERK TO THE CLAYTON COUNTY BOARD OF COMMISSIONERS, DO HEREBY CERTIFY THAT THE ATTACHED ARE TRUE AND CORRECT COPIES OF THE FOLLOWING:

- January 8, 2013, Clayton County Board of Commissioners Regular Business Meeting Minutes.

THE CLAYTON COUNTY OFFICIAL MINUTES CAN BE FOUND IN THE OFFICE OF THE CLERK, CLAYTON COUNTY BOARD OF COMMISSIONERS' OFFICE, LOCATED AT 112 SMITH STREET, JONESBORO, GEORGIA (CLAYTON COUNTY).

IN WITNESS, HEREOF, I HAVE HEREUNTO SET ME HAND AND AFFIXED THE OFFICIAL SEAL OF CLAYTON COUNTY, GEORGIA THIS 6th DAY OF DECEMBER 2022.

**COURTNEY RUSHIN**
**CLERK OF THE COMMISSION**

~~SEAL~~





<u>CLAYTON COUNTY BOARD OF COMMISSIONERS</u>

Regular Business Meeting  January 8, 2013
7:00 P.M.

<u>M I N U T E S</u>

PRESENT: Chairman Jeff Turner, Vice-Chairman Michael Edmondson, Commissioner Sonna Singleton, Commissioner Gail Hambrick, Commissioner Shana M. Rooks, and Clerk Shelby D. Haywood.

1. Chairman Turner called the meeting to order.

2. Invocation was led by Reverend Charles Grant of the Community Services Authority. Pledge of allegiance to the flag was led by Chairman Turner.

3. Motion by Vice-Chairman Edmondson, second by Commissioner Rooks, to adopt the agenda. Vote unanimous.

4. Motion by Vice-Chairman Edmondson, second by Commissioner Rooks, to approve the minutes of the January 2, 2013 Regular Business Meeting. Vote unanimous.

5. <u>PUBLIC COMMENT</u>

   1) Mohammed Amercouis of Jonesboro said that as a business owner in the County, he is disappointed with the lack of customer service. Chairman Turner asked Mr. Amercouis to schedule an appointment to meet with him to discuss the matter further.

   2) Chuck Ware, a resident of Jonesboro, welcomed the new Board members to office.

   3) Mary Hart Rigdon of Conley commented about a zoning petition.

   4) Suzette Smith, a Hampton resident, wanted the new South Clayton Recreation Center to be renamed the Wole Ralph Recreation Center.

   5) Tiara Cook, a Clayton County resident, asked the Board to reconsider its decision to remove Wole Ralph's name from the new recreation center in Lovejoy, Georgia.

6. Theodis Locke, Director of Central Services/Risk Management, presented one (1) item which resulted in the following Board action:

1)      Motion by Vice-Chairman Edmondson, second by Commissioner Rooks, to approve RFB Pkg #12-51, a bid for an annual contract for Concrete Services, as requested by the Director of Transportation and Development.  The Director's recommendation is to award a contract to Larry Ford Construction Company Inc., located in Ellenwood, Georgia, whose firm was the overall lowest responsive bidder.  The contract would be renewable for two (2) additional one (1)-year periods.  Vote unanimous.

7.      Dennis Johnson, Budget Manager/Finance Department, standing in for Angela Jackson, Director of Finance, presented one (1) item which resulted in the following Board action:

REQUEST FOR BUDGET AMENDMENT – SENIOR SERVICES/FYE 6-30-13                2-34

**INCREASE EXPENSE:**

| | | | |
|---|---|---|---:|
| Regular Salaries & Wages | 101-5335-4000 | $ | 13,190 |
| Pension Contribution | 101-5335-4020 | | 1,702 |
| FICA & Medicare Insurance | 101-5335-4021 | | 1,009 |
| Group Health & Life Insurance | 101-5335-4022 | | 3,144 |
| | | $ | 19,045 |

**DECREASE EXPENSE:**

| | | | |
|---|---|---|---:|
| Part-Time/Temporary Wages | 101-5334-4001 | $ | 8,000 |
| Part-Time/Temporary Wages | 101-5335-4001 | | 11,045 |
| | | $ | 19,045 |

----------------------------------------------------------------------

1)      Motion by Vice-Chairman Edmondson, second by Chairman Turner, to approve Budget Amendment #2-34 – Senior Services/FYE 6-30-13, in the amount of $19,045.00, to add a full-time position approved in the December 18, 2012 Board of Commissioners' meeting.  Vote unanimous.

----------------------------------------------------------------------

8.      Renee Bright, Director of Human Resources, presented one (1) item which resulted in the following Board action:

1)      Motion by Commissioner Rooks, second by Vice-Chairman Edmondson, to approve a request to create two additional Constituent Aide positions, which will allow each district Commissioner to have administrative assistance.  The Constituent Aide positions are unclassified positions that serve at the pleasure of the District Commissioner.  The starting salary

is a grade 20, step 1 ($37,354.00). The cost for two additional positions is $74,708.00 (for salary only – does not include benefits). The motion passed 3-2. Commissioners Hambrick and Singleton opposed.

9. Motion by Vice-Chairman Edmondson, second by Commissioner Hambrick, to approve Ordinance 2013-12 (**2nd Reading**), an ordinance adopted under the Home Rule Powers specifically granted to the governing authority of Clayton County pursuant to Article IX, Section II, Paragraph I (b) (1) of the Constitution of the State of Georgia of 1983, amending the Local Act of the General Assembly creating and composing the Clayton County Board of Commissioners and setting forth the general provisions governing Clayton County government; to abolish the position of Chief of Staff; to create the position of Chief Operating Officer; to provide an effective date of this ordinance; and for other purposes. The motion passed 3-2. Commissioners Hambrick and Singleton opposed.

10. Motion by Vice-Chairman Edmondson, second by Commissioner Hambrick, to approve Ordinance 2013-13 (**2nd Reading**), an ordinance adopted under the Home Rule Powers granted to Clayton County pursuant to Article IX, Section II, Paragraph I of the Constitution of the State of Georgia of 1983, amending the Clayton County Code of Ordinances, and specifically relevant sections of the Clayton County Civil Service Act and the Civil Service Rules and Regulations pertaining thereto; to provide for creation of the unclassified position of Chief Operating Officer; to provide an effective date of this ordinance; and for other purposes. The motion passed 3-2. Commissioners Hambrick and Singleton opposed.

11. Motion by Vice-Chairman Edmondson, second by Commissioner Hambrick, to approve Ordinance 2013-14 (**2nd Reading**), an ordinance adopted under the Home Rule Powers granted to Clayton County pursuant to Article IX, Section II, Paragraph I of the Constitution of the State of Georgia of 1983, amending the Clayton County Code of Ordinances, and specifically relevant sections of the Clayton County Civil Service Act and the Civil Service Rules and Regulations pertaining thereto; to provide for creation of the unclassified position of Chief Financial Officer; to provide an effective date of this ordinance; and for other purposes. The motion passed 3-2. Commissioners Hambrick and Singleton opposed.

12. Motion by Vice-Chairman Edmondson, second by Commissioner Hambrick, to approve Ordinance 2013-15 (**2nd Reading**), an ordinance adopted under the Home Rule Powers specifically granted to the governing authority of Clayton County pursuant to Article IX, Section II, Paragraph I (b) (1) of the Constitution of the State of Georgia of 1983, amending the Local Act of the General Assembly creating and composing the Clayton County Board of Commissioners and setting forth the general provisions governing Clayton County government; to create the position of Chief Financial Officer; to provide an effective date of this ordinance;

and for other purposes. The motion passed 3-2. Commissioners Hambrick and Singleton opposed.

13. Motion by Vice-Chairman Edmondson, second by Chairman Turner, to approve Ordinance 2013-17, an ordinance to amend the Clayton County Zoning Ordinance, specifically Article 8 "Sign Regulations (SS)" so as to delete Section 8.18 "Billboard Sign Standards," and insert in lieu thereof a new Section 8.18; to provide an effective date of this ordinance; to provide for repeal of conflicting ordinances; to provide for codification; to provide for severability; and for other purposes. Vote unanimous.

14. Motion by Vice-Chairman Edmondson, second by Commissioner Rooks, to approve Resolution 2013-18 authorizing Clayton County to enter into a stipulation and agreement in the matter of Chuck Jefferson v. Clayton County Board of Commissioners before the State Board of Workers' Compensation for the State of Georgia; to authorize the Chairman or his designee to execute the agreement and otherwise to perform all acts necessary to accomplish the intent of this resolution; to authorize the Finance Director to amend the budget where necessary to reflect an appropriate revenue source and expense, all as may be required under the terms of the agreement; to provide an effective date of this resolution; and for other purposes. Vote unanimous.

Prior to the vote on Ordinances 2013-12, 2013-13, 2013-14, 2013-15 and 20-13-17, and Resolution 2013-18, there was a discussion. Initially, there was a motion made by Vice-Chairman Edmondson, second by Chairman Turner, to approve all six ordinances at once.

However, in reference to Ordinances 2013-12 through 2013-15, Commissioner Singleton asked for the salaries of the Chief Operating Officer (COO) and Chief Financial Officer (CFO) positions. Chairman Turner said $104,000.00 for the CFO, $130,000.00 for the COO, both less than the salary of the County Manager position, which was $150,000.00.

Commissioner Singleton responded that two positions are being created, which Commissioner Hambrick said brings the total expenditure to $234,000.00.

Vice-Chairman Edmondson asked Ms. Bright if the recently deleted County Manager position were budgeted. She responded that it was, in the amount of $150,700.00. Vice-Chairman Edmondson then asked Ms. Bright if she had a copy of last year's budgeted amount for the position of Chief of Staff. Ms. Bright said it was $127,000.00 and added that the position is currently unfilled. As such, Vice-Chairman Edmondson said deleting the County Manager and Chief of Staff positions created a savings of $277,000.00, which will offset the creation of the COO and CFO positions.

4

Vice-Chairman Edmondson then asked Ms. Bright how long the Administrative Assistant position has been vacant. She said it had been so since 2004. The salary associated with the position was $55,588.00 (Pay Grade 28, Step 1). Vice-Chairman Edmondson asked who last filled it. Ms. Bright responded former County Manager Wade Starr did. Vice-Chairman Edmondson asked if it were still budgeted, and Ms. Bright said it was.

Vice-Chairman Edmondson asked how long the Director of Planning and Policy position had been vacant, at a budgeted salary of $127,776.00. Ms. Bright said that it has been vacant since March 2011. Commissioner Singleton said she wanted to be sure about what positions have been abolished.

Vice-Chairman Edmondson said that the combined salaries of positions being discussed that have either been deleted or that are budgeted yet vacant is more than $460,000.00. He said the County would still see a net savings of over $150,000.00 even after buying out the contract of the County manager.

Commissioner Hambrick asked to vote separately on Ordinance 2013-17 and Resolution 2013-18. Vice-Chairman Edmondson amended his original motion to reflect the separate vote. Vote unanimous.

15.   Motion by Vice-Chairman Edmondson, second by Commissioner Rooks, to appoint Andrew Love of Riverdale, Georgia, to the Solid Waste Management Authority Board to fill a vacancy. New term is for four (4) years; expiring 12-31-16. Vote unanimous.

16.   ZONING PETITION:

**Rock Cut Place/REZ for Rock Cut Place (Goat Farm) – Case Number REZ201212-05**

Motion by Commissioner Singleton, second by Commissioner Rooks, to approve the zoning petition of Roy E. Mitchell, Jr., who is requesting an amendment to the official zoning map from Article 3.31 Heavy Industrial (HI) to Article 3.1 Agriculture (AG) District for Grazing and Livestock (Dairy Goats) upon the property located at 0 Rock Cut Place in Conley, Georgia, and otherwise known as parcel number 12238A A001. The subject property contains approximately 22.6 acres of land. It is currently zoned HI and is vacant land. **(Commission District #1 – Sonna Singleton)**

    Land Use Plan Amendment: None

    Zoning Advisory Group Recommendation: Approve

Petitioner Mary Rigdon said she has been in Clayton County for 17 years and has a dairy farm that makes goat cheese. Her farm needs more area for her goats to graze on the other side of the creek.

Vice-Chairman Edmondson referenced an article in Atlanta Magazine, which Ms. Rigdon said named her farm as producing the best goat cheese in Atlanta. Commissioner Singleton added that the farm is an interesting place, and that special needs students from Mundy's Mill High School will visit the farm. Chairman Turner said he appreciated Ms. Rigdon making her farm available for County students. Vote unanimous.

17.     ZONING PETITION:

**TowerCom/REZ for 1207 McDonough Road – Case Number CUP201212-04**

Motion by Commissioner Rooks, second by Vice-Chairman Edmondson, to approve the zoning petition of Larry Dingle and Harold Buckley, Jr. of Wilson, Brock, & Irby, LLC, on behalf of TowerCom V, LLC. They are requesting a conditional use permit from Article 3.7 Residential (RS-110) District for Wireless Telecommunication Facility (cell tower) upon property located at 1207 McDonough Road, and otherwise known as parcel number 06129A A001. The subject property contains approximately 9.9 acres. It is currently zoned RS-110 and operated as a place of worship. **(Commission District #3 – Shana Rooks)**

   Land Use Plan Amendment: None

   Zoning Advisory Group Recommendation: Approve

Mr. Buckley said the new cell tower was needed in order to address a gap in coverage near Panhandle Road. Vote unanimous.

Motion by Commissioner Rooks, second by Vice-Chairman Edmondson, to go into Executive Session in the Commissioners' Conference Room to discuss litigation and personnel matters at 7:35 p.m. Vote unanimous.

Motion by Commissioner Rooks, second by Chairman Turner, to go out of Executive Session at 8:24 p.m. Vote unanimous.

18.     Consider any action(s) necessary based upon decision(s) made in the Executive Session.

Motion by Commissioner Rooks, second by Commissioner Hambrick, to reconvene the Regular Business Meeting in the Commissioners' Boardroom at 8:25 p.m. Vote unanimous.

Ms. Bright asked the Board to consider the transfer of Board of Commissioners employee Rose Johnson from Office Manager to Library Assistant at the Forest Park Library at the same salary of $37,354.00 (Pay Grade 12, Step 33), as discussed in Executive Session. Vote unanimous.

There being no further business to discuss, motion by Commissioner Rooks, second by Vice-Chairman Edmondson, to adjourn the Regular Business Meeting of January 8, 2013 at 8:25 p.m. Vote unanimous.

CLAYTON COUNTY BOARD OF COMMISSIONERS

_____
JEFFREY E. TURNER, CHAIRMAN

_____
MICHAEL EDMONDSON, VICE-CHAIRMAN

_____
SONNA SINGLETON, COMMISSIONER

_____
GAIL B. HAMBRICK, COMMISSIONER

_____
SHANA M. ROOKS, COMMISSIONER

ATTEST:

_____
SHELBY D. HAYWOOD, CLERK

7