IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RAMONA THURMAN BIVINS,<br><br>     Plaintiff,<br><br>vs.<br><br>FELICIA FRANKLIN, in her individual and official capacities;<br>ALIEKA ANDERSON, in her individual and official capacities;<br>GAIL HAMBRICK, in her individual and official capacities; and<br>CLAYTON COUNTY, GEORGIA,<br><br>     Defendants. | CIVIL ACTION NO.:<br>1:22-cv-04149-WMR |

## **NOTICE OF LEAVE OF ABSENCE**

COMES NOW John D. Bennett, counsel for Defendant in the above-styled matter, and, pursuant to Georgia Local Rule 83.1, respectfully notifies all judges before whom he has cases pending, all affected clerks of court, and all opposing counsel that he will be away from the practice of law and unavailable the following dates:

| | |
|---|---|
| 1/23/2023-1/26/2023 | DRI conference in Las Vegas |
| 2/10/2023-2/12/2023 | Family vacation |
| 2/15/2023 | Speaking engagement |
| 2/23/2023 | Speaking engagement |
| 4/3/2023-4/7/2023 | Family vacation |
| 6/23/2023-6/27/2023 | Family vacation out of country |

1

There are no proceedings scheduled during the requested time period as of the filing date of this Request.

This 16th day of January, 2023.

            Respectfully submitted,

            */s/ John D. Bennett*
            JOHN D. BENNETT
            Georgia Bar No. 059212

**FREEMAN MATHIS & GARY LLP**
100 Galleria Parkway, Suite 1600
Atlanta, Georgia  30339
Telephone:  (770) 818-0000
Facsimile:  (770) 937-9960
Email: jbennett@fmglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing **NOTICE OF LEAVE OF ABSENCE** with the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification and a copy of such filing to all counsel of record who are CM/ECF participants.

This 16th day of January 2023.

                                              */s/ John D. Bennett*
                                              JOHN D. BENNETT
                                              Georgia Bar No. 059212

**FREEMAN MATHIS & GARY LLP**
100 Galleria Parkway, Suite 1600
Atlanta, Georgia  30339
Telephone:  (770) 818-0000
Facsimile:   (770) 937-9960
Email: jbennett@fmglaw.com