# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RAMONA THURMAN BIVINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: |
| vs. ) | 1:22-cv-04149-WMR |
| ) | |
| FELICIA FRANKLIN, in her individual ) | **JURY TRIAL DEMANDED** |
| and official capacities; ) | |
| ALIEKA ANDERSON, in her individual ) | |
| and official capacities; ) | |
| GAIL HAMBRICK, in her individual ) | |
| and official capacities; and ) | |
| CLAYTON COUNTY, GEORGIA, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## **[PROPOSED] ORDER**

This matter is before the Court on Defendants' Consent Motion for an Extension of Time to Reply to in Support of Their Motion to Dismiss Plaintiff's Complaint. Plaintiff having consented to it, and for good cause shown, the Motion is GRANTED. Defendants' deadline to reply in support of their motion to dismiss [ECF No. 22] is extended to January 30, 2023.

IT IS SO ORDERED, this ____ day of January, 2023.

_____
UNITED STATES JUDGE
NORTHERN DISTRICT OF GEORGIA