## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| RAMONA THURMAN BIVINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FELICIA FRANKLIN, in her individual | ) | CIVIL ACTION FILE NO.: |
| and official capacities; | ) | 1:22-cv-04149-WMR |
| ALIEKA ANDERSON, in her individual | ) | |
| and official capacities; | ) | |
| GAIL HAMBRICK, in her individual | ) | |
| and official capacities; and | ) | |
| CLAYTON COUNTY, GEORGIA, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT ALIEKA ANDERSON'S CONSENT MOTION AND
PROPOSED ORDER FOR AN EXTENSION OF TIME TO FILE REPLY IN
SUPPORT OF HER MOTION FOR JUDGMENT ON THE PLEADINGS**

COMES NOW, Defendant ALEIKA ANDERSON (hereinafter "Anderson"),

by and through her undersigned counsel, and hereby files this Consent Motion, and

moves this Court for an Order extending the time period for their Reply in Support

of her Motion for Judgment on the Pleadings [Doc. 29], through and including

February 3, 2023, showing the Court as follows:

On October 17, 2022, Plaintiff filed her initial Complaint for Damages

and Injunctive Relief against Defendants Felicia Franklin ("Franklin"), in her

individual and official capacities, Anderson in her individual

and official capacities, Gail Hambrick, in her individual and official capacities, and Clayton County, Georgia. [Doc. 1].  In turn, on November 22, 2022, Anderson filed her Answer to Plaintiff's Complaint. [Doc. 19].  Then, on December 23, 2022, Anderson filed a motion for judgment on the pleadings.  [Doc. 29]  On January 12, 2023, Plaintiff filed her response brief in opposition to Anderson's motion.  [Doc. 34].  Anderson's reply brief is currently due on or before January 27, 2023.

Counsel for Anderson now respectfully requests a seven (7) day extension on the due date -- until February 3, 2023 -- for the reply brief. Counsel for Anderson has deadlines in other cases around January 27, 2023, and has conferred with counsel for Plaintiff regarding the 7-day extension. Counsel for Plaintiff has agreed to the extension.  The requested extension will not prejudice any party and is sought in  good faith and not for the purposes of delay or any other purpose contrary to the Federal Rules of Civil Procedure and the Local Rules of this Court.

WHEREFORE, Anderson respectfully requests the Court grant her Motion for an Extension of Time to file the Reply in Support of their Motion for Judgment on the Pleadings, extending the deadline to February 3, 2023.

A proposed Order is attached herewith.

Respectfully submitted this 23th day of January, 2023.

2

**GREGORY, DOYLE,**
**CALHOUN, & ROGERS, LLC**
Attorneys for Defendant Anderson

/s/ Randall C. Farmer
Randall C. Farmer
Georgia Bar Number 255345

49 Atlanta Street
Marietta, Georgia 30060
Telephone: 770-422-1776
Facsimile: 770-426-6155
rfarmer@gregorydoylefirm.com

## <u>CERTIFICATION OF COUNSEL</u>

The undersigned pursuant to this Court's Local Rules hereby certifies that this document has been prepared with Times New Roman 14 point.

This 23th day of January, 2023.

**GREGORY, DOYLE,**
**CALHOUN, & ROGERS, LLC**
Attorneys for Defendant Anderson

/s/ Randall C. Farmer
Randall C. Farmer
Georgia Bar Number 255345

49 Atlanta Street
Marietta, Georgia 30060
Telephone: 770-422-1776
Facsimile: 770-426-6155
rfarmer@gregorydoylefirm.com

4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| RAMONA THURMAN BIVINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FELICIA FRANKLIN, in her individual | ) | CIVIL ACTION FILE NO.: |
| and official capacities; | ) | 1:22-cv-04149-WMR |
| ALIEKA ANDERSON, in her individual | ) | |
| and official capacities; | ) | |
| GAIL HAMBRICK, in her individual | ) | |
| and official capacities; and | ) | |
| CLAYTON COUNTY, GEORGIA, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2023, I electronically filed **DEFENDANT**

**ALIEKA ANDERSON'S CONSENT MOTION AND PROPOSED ORDER**

**FOR AN EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF HER**

**MOTION FOR JUDGMENT ON THE PLEADINGS** with the Clerk of Court

using the CM/ECF system which will automatically send email notification of such

filing to the following attorneys of record:

Edward D. Buckley
Andrew R. Tate
Buckley Beal LLP
600 Peachtree Street NE
Ste. 3900
Atlanta, GA 30308

5

edbuckley@buckleybeal.com
atate@buckleybeal.com

Kirsten S. Daughdril
A. Ali Sabzevari
Jack R. Hancock
Freeman Mathis & Gary, LLP
100 Galleria Parkway
Ste. 1600
Atlanta, GA 30339
kirsten.daughdril@fmglaw.com
asabzevari@fmglaw.com
jhancock@fmglaw.com

Melissa A. Tracy
Jarrard & Davis, LLP
222 Webb Street
Cumming. GA 30040
mtracy@jarrard-davis.com

**GREGORY, DOYLE,
CALHOUN, & ROGERS, LLC**
Attorneys for Defendant Anderson

/s/ Randall C. Farmer
Randall C. Farmer
Georgia Bar Number 255345

49 Atlanta Street
Marietta, Georgia 30060
Telephone: 770-422-1776
Facsimile: 770-426-6155
rfarmer@gregorydoylefirm.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| RAMONA THURMAN BIVINS,     ) | |
|                         ) | |
|     Plaintiff,            ) | |
|                         ) | |
| v.                      ) | |
|                         ) | |
| FELICIA FRANKLIN, in her individual  ) | CIVIL ACTION FILE NO.: |
| and official capacities;         ) | 1:22-cv-04149-WMR |
| ALIEKA ANDERSON, in her individual  ) | |
| and official capacities;         ) | |
| GAIL HAMBRICK, in her individual   ) | |
| and official capacities; and      ) | |
| CLAYTON COUNTY, GEORGIA,    ) | |
|                         ) | |
|     Defendants.        ) | |

**[PROPOSED] ORDER**

This matter is before the Court on Defendant Anderson's Consent Motion

for an Extension of Time to File Reply to in Support of the Motion for Judgment

on the Pleadings. Plaintiff having consented to it, and for good cause shown, the

Motion is GRANTED. Defendant's deadline to file her reply in support of her

Motion for Judgment on the Pleadings [Doc. 29] is extended to February 3, 2023.

IT IS SO ORDERED, this _____ day of January, 2023.

_____

HONORABLE WILLIAM RAY
UNITED STATES JUDGE
NORTHERN DISTRICT OF GEORGIA

3694107_1