IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RAMONA THURMAN BIVINS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FELICIA FRANKLIN, in her individual ) <br> and official capacities; ) <br> ALIEKA ANDERSON, in her individual ) <br> and official capacities; ) <br> GAIL HAMBRICK, in her individual ) <br> and official capacities; and ) <br> CLAYTON COUNTY, GEORGIA, ) <br> ) <br> Defendants. ) | CIVIL ACTION FILE NO.: <br> 1:22-cv-04149-WMR |

**ORDER**

This matter is before the Court on Defendant Anderson's Consent Motion for an Extension of Time to File Reply to in Support of the Motion for Judgment on the Pleadings. Plaintiff having consented to it, and for good cause shown, the Motion is GRANTED. Defendant's deadline to file her reply in support of her Motion for Judgment on the Pleadings [Doc. 29] is extended to February 3, 2023.

IT IS SO ORDERED, this 23rd day of January, 2023.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE