IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Ramona Thurman Bivins**<br><br>    Plaintiff,<br><br>    v.<br><br><br>**Felicia Franklin** *in her individual and official capacities,* et al<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:22-cv-4149-WMR |

## NOTICE OF HEARING

Notice is hereby given that the Court sets a hearing on the Motion to Dismiss [Doc 22] and the Motion for Judgment on the Pleadings [Doc 29] in this case for Friday, March 17, 2023 at 1:30 p.m. before the Honorable William M. Ray, II. . The hearing will take place in Courtroom 1705 of the Richard B. Russell Federal Building located at 2211 United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303-3309.

The Court will consider conducting the hearing via ZOOM Video if either (1) if counsel who will be arguing the motion is located outside the Northern District of Georgia; or (2) if there is an extenuating circumstance that warrants a Zoom hearing.

**Each side shall submit prior to the start of the hearing, a proposed order which includes findings of fact and conclusions of law for each motion being heard. Orders should be submitted by email to: sherri_lundy@gand.uscourts.gov.**

SO ORDERED, this 15th day of February, 2023.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE