## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

RAMONA THURMAN BIVINS,     )
                             )
     Plaintiff,            )
                             )    CIVIL ACTION NO.:
vs.                        )    1:22-cv-04149-WMR
                             )
FELICIA FRANKLIN, in her individual )
and official capacities;        )
ALIEKA ANDERSON, in her individual)
and official capacities;        )
GAIL HAMBRICK, in her individual   )
and official capacities; and     )
CLAYTON COUNTY, GEORGIA,   )
                             )
     Defendants.         )
_____)

## NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES

COME NOW Edward D. Buckley and Andrew R. Tate, formerly of Buckley

Beal, LLP, on behalf of Plaintiff and hereby notify the Court and all counsel of

record that Buckley Beal, LLP is now Buckley Bala Wilson Mew LLP. Plaintiff's

Counsel has updated their PACER information accordingly. Please send all future

correspondence and communications to:

    Edward D. Buckley
    Andrew R. Tate
    Buckley Bala Wilson Mew LLP
    Bank of America Plaza, Suite 3900
    600 Peachtree Street NE

Atlanta, Georgia 30308
edbuckley@bbwmlaw.com
atate@bbwmlaw.com

Respectfully submitted this 15th day of February, 2023.

*/s/ Edward D. Buckley*
Edward D. Buckley
Georgia Bar No. 092750
edbuckley@bbwmlaw.com
Andrew R. Tate
Georgia Bar No. 518068
atate@bbwmlaw.com

BUCKLEY BALA WILSON MEW LLP
600 Peachtree Street NE, Suite 3900
Atlanta, GA  30308
Telephone: (404) 781-1100
Facsimile: (404) 781-1101

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| RAMONA THURMAN BIVINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO.: |
| vs. | ) | 1:22-cv-04149-WMR |
| | ) | |
| FELICIA FRANKLIN, in her individual | ) | |
| and official capacities; | ) | |
| ALIEKA ANDERSON, in her individual | ) | |
| and official capacities; | ) | |
| GAIL HAMBRICK, in her individual | ) | |
| and official capacities; and | ) | |
| CLAYTON COUNTY, GEORGIA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 15th day of February, 2023, the foregoing was filed electronically through the CM/ECF system, is available for viewing and downloading from the CM/ECF system and will automatically send email notification of such filing to all attorneys of record as follows:

A. Ali Sabzevari - asabzevari@fmglaw.com
Kirsten S. Daughdril - kirsten.daughdril@fmglaw.com
John D. Bennett - jbennett@fmglaw.com
Jack R. Hancock - jhancock@fmglaw.com
Ken E. Jarrard - kjarrard@jarrard-davis.com
Melissa A. Tracy - mtracy@jarrard-davis.com
Randall C. Farmer - rfarmer@gdcrlaw.com

Dasha M. Jackson - djackson@gdcrlaw.com

By:     */s/ Edward D. Buckley*
        Edward D. Buckley
        Georgia Bar No. 092750