# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RAMONA THURMAN BIVINS,  )<br> )<br>  Plaintiff,                                )<br> )<br>v.                                              )<br> )<br>FELICIA FRANKLIN, in her       )<br>individual and official capacities; )<br>ALIEKA ANDERSON, in her     )<br>individual and official capacities; )<br>GAIL HAMBRICK, in her           )<br>individual and official capacities; )<br>and CLAYTON COUNTY,          )<br>GEORGIA,                                 )<br> )<br>  Defendants.                            ) | Civil Action Number:<br>1:22-CV-04149-WMR |

## DEFENDANT FELICIA FRANKLIN'S MOTION FOR JUDGMENT ON THE PLEADINGS

COMES NOW Defendant FELICIA FRANKLIN (hereinafter "Franklin"), in both her individual and official capacities, by and through her undersigned counsel, and hereby files this Motion for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c). The basis for the motion is set forth in the accompanying brief in support of the motion.

Submitted this 3rd day of March, 2023.

*s/ Melissa A. Tracy*
Ken E. Jarrard
Georgia Bar No. 389550

>Melissa A. Tracy
>Georgia Bar No. 714477
>
>*Counsel for Defendant Felicia Franklin*

JARRARD & DAVIS, LLP
222 Webb Street
Cumming, Georgia 30040
(678) 455- 7150
kjarrard@jarrard-davis.com
mtracy@jarrard-davis.com

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the within and foregoing has been prepared in compliance with Local Rule 5.1(B) in 14-point Times New Roman type face.

>*/s/ Melissa A. Tracy*
>Melissa A. Tracy
>Georgia Bar No. 714477
>mtracy@jarrard-davis.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing **DEFENDANT FELICIA FRANKLIN'S MOTION FOR JUDGMENT ON THE PLEADINGS** in the above-styled civil action with the Clerk of Court by using the Court's CM/ECF system, which will automatically send notice of same to the attorneys of record. Additionally, a true and correct copy of same has been delivered to the following counsel of record:

Edward D. Buckley
Andrew R. Tate
Buckley Bala Wilson Mew LLP
Bank of America Plaza, Suite 3900
600 Peachtree Street NE
Atlanta, GA 30308
edbuckley@bbwmlaw.com
atate@bbwmlaw.com

Randall C. Farmer
Gregory, Doyle, Calhoun & Rogers, LLC
49 Atlanta Street
Marietta, GA 30060
rfarmer@gregorydoylefirm.com

Kirsten S. Daughdril
A. Ali Sabzevari
Jack R. Hancock
Freeman Mathis & Gary, LLP
100 Galleria Parkway
Ste. 1600
Atlanta, GA 30339
kirsten.daughdril@fmglaw.com
asabzevari@fmglaw.com
jhancock@fmglaw.com

This 3rd day of March, 2023.

>/s/ *Melissa A. Tracy*
Melissa A. Tracy
Georgia Bar No. 714477
mtracy@jarrard-davis.com