# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RAMONA THURMAN BIVINS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FELICIA FRANKLIN, in her ) <br> individual and official capacities; ) <br> ALIEKA ANDERSON, in her ) <br> individual and official capacities; ) <br> GAIL HAMBRICK, in her ) <br> individual and official capacities; ) <br> and CLAYTON COUNTY, ) <br> GEORGIA, ) <br> ) <br> Defendants. ) | Civil Action Number: <br> 1:22-CV-04149-WMR |

## ORDER

This matter is before the Court on Defendant Felicia Franklin's Consent Motion to Reschedule Hearing. Upon consideration, and for good cause shown, the Consent Motion is hereby **GRANTED**. The motions hearing scheduled for March 17, 2023, shall be postponed to _____ at _____ a.m./p.m. At such time, the Court shall hear argument from counsel on Defendant Clayton County's and Defendant Gail Hambrick's Motion to Dismiss (Doc. 22), Defendant Alieka Anderson's Motion for Judgment on the Pleadings (Doc. 29), and Defendant Felicia Franklin's Motion for Judgment on the Pleadings (Doc. 44).

SO ORDERED this _____ day of _____, 2023.

_____
HONORABLE WILLIAM M. RAY, III
UNITED STATES DISTRICT JUDGE