IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RAMONA THURMAN BIVINS,   )<br>   )<br>   Plaintiff,   )<br>   )<br>v.   )<br>   )<br>FELICIA FRANKLIN, in her   )<br>individual and official capacities;   )<br>ALIEKA ANDERSON, in her   )<br>individual and official capacities;   )<br>GAIL HAMBRICK, in her   )<br>individual and official capacities;   )<br>and CLAYTON COUNTY,   )<br>GEORGIA,   )<br>   )<br>   Defendants.   ) | Civil Action Number:<br>1:22-CV-04149-WMR |

## **ORDER**

This matter is before the Court on Defendant Felicia Franklin's Consent Motion to Reschedule Hearing. Upon consideration, and for good cause shown, the Consent Motion is hereby **GRANTED**. The motions hearing scheduled for March 17, 2023, shall be postponed to May 22, 2023 at 9:30 a.m. At such time, the Court shall hear argument from counsel on Defendant Clayton County's and Defendant Gail Hambrick's Motion to Dismiss (Doc. 22), Defendant Alieka Anderson's Motion for Judgment on the Pleadings (Doc. 29), and Defendant Felicia Franklin's Motion for Judgment on the Pleadings (Doc. 44).

So ORDERED this 13th day of March, 2023.


_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE