**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| RAMONA THURMAN BIVINS,     ) | |
| ) | |
| Plaintiff,     ) | |
| ) | CIVIL ACTION NO.: |
| vs.     ) | 1:22-cv-04149-WMR |
| ) | |
| FELICIA FRANKLIN, in her individual ) | |
| and official capacities;     ) | |
| ALIEKA ANDERSON, in her individual) | |
| and official capacities;     ) | |
| GAIL HAMBRICK, in her individual     ) | |
| and official capacities; and     ) | |
| CLAYTON COUNTY, GEORGIA,     ) | |
| ) | |
| Defendants.     ) | |

**[PROPOSED] ORDER**

This matter is before the Court on Plaintiff's Consent Motion for an Extension of Time to Respond to Defendant Felicia Franklin's Motion for Judgment on the Pleadings. Defendant Franklin having consented to it, and for good cause shown, the Motion is GRANTED. Plaintiff's deadline to respond to Defendant Franklin's Motion for Judgment on the Pleadings [Doc. 44] is extended to March 31, 2023.

IT IS SO ORDERED, this ____ day of _____, 2023.

_____
UNITED STATES JUDGE
NORTHERN DISTRICT OF GEORGIA