# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RAMONA THURMAN BIVINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: |
| vs. ) | 1:22-cv-04149-WMR |
| ) | |
| FELICIA FRANKLIN, in her individual ) | |
| and official capacities; ) | |
| ALIEKA ANDERSON, in her individual ) | |
| and official capacities; ) | |
| GAIL HAMBRICK, in her individual ) | |
| and official capacities; and ) | |
| CLAYTON COUNTY, GEORGIA, ) | |
| ) | |
| Defendants. ) | |

## ANDREW R. TATE'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF RAMONA THURMAN BIVINS

Pursuant to Local Rule 83.1(E)(2), Andrew R. Tate files this Motion to Withdraw as counsel for Plaintiff Ramona Thurman Bivins. Mr. Tate has accepted a position at another firm and his final day at Buckley Bala Wilson Mew LLP will be April 9, 2023. Edward D. Buckley of Buckley Bala Wilson Mew LLP will continue to represent Plaintiff Ramona Thurman Bivins in this action. As such, Mr. Tate's withdrawal from this case will not affect any deadlines or hearings in this case.

The Clerk's office is requested to make such changes to the docket and to the electronic notification system as necessary to reflect this withdrawal.

Wherefore, the undersigned counsel respectfully requests that he be permitted to withdraw as counsel for Plaintiff Ramona Thurman Bivins in this matter. A proposed order is attached for the Court's convenience.

Respectfully submitted this 6th day of April, 2023.

          BUCKLEY BALA WILSON MEW LLP

By:   */s/ Andrew R. Tate*
      Andrew R. Tate
      Georgia Bar No. 518068
      atate@bbwmlaw.com

      600 Peachtree Street NE, Suite 3900
      Atlanta, GA 30308
      Telephone: (404) 781-1100
      Facsimile: (404) 781-1101

      *Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RAMONA THURMAN BIVINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: |
| vs. ) | 1:22-cv-04149-WMR |
| ) | |
| FELICIA FRANKLIN, in her individual ) | |
| and official capacities; ) | |
| ALIEKA ANDERSON, in her individual ) | |
| and official capacities; ) | |
| GAIL HAMBRICK, in her individual ) | |
| and official capacities; and ) | |
| CLAYTON COUNTY, GEORGIA, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2023, I electronically filed the above **MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF RAMONA THURMAN BIVINS** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

    A. Ali Sabzevari - asabzevari@fmglaw.com
    Kirsten S. Daughdril - kirsten.daughdril@fmglaw.com
    John D. Bennett - jbennett@fmglaw.com
    Jack R. Hancock - jhancock@fmglaw.com
    Ken E. Jarrard - kjarrard@jarrard-davis.com
    Melissa A. Tracy - mtracy@jarrard-davis.com

Randall C. Farmer - rfarmer@gdcrlaw.com
Dasha M. Jackson - djackson@gdcrlaw.com

       BUCKLEY BALA WILSON MEW LLP

By: */s/ Andrew R. Tate*
   Andrew R. Tate
   Georgia Bar No. 518068