## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| RAMONA THURMAN BIVINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: |
| vs. ) | 1:22-cv-04149-WMR |
| ) | |
| FELICIA FRANKLIN, in her individual ) | JURY TRIAL DEMANDED |
| and official capacities; ) | |
| ALIEKA ANDERSON, in her individual ) | |
| and official capacities; ) | |
| GAIL HAMBRICK, in her individual ) | |
| and official capacities; and ) | |
| CLAYTON COUNTY, GEORGIA, ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER

This action is before the Court on Andrew R. Tate's Motion to Withdraw as Counsel for Plaintiff Ramona Thurman Bivins. Mr. Tate has accepted a position with another firm. Edward D. Buckley of Buckley Bala Wilson Mew LLP will continue to represent Plaintiff Ramona Thurman Bivins.

Accordingly, Mr. Tate's Motion to Withdraw is hereby GRANTED. The Clerk is DIRECTED to terminate Mr. Tate as counsel for Plaintiff Ramona Thurman Bivins.

SO ORDERED this _____ day of _____, 2023.

_____
UNITED STATES JUDGE
NORTHERN DISTRICT OF GEORGIA