IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RAMONA THURMAN BIVINS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FELICIA FRANKLIN, in her ) <br> individual and official capacities; ) <br> ALIEKA ANDERSON, in her ) <br> individual and official capacities; ) <br> GAIL HAMBRICK, in her ) <br> individual and official capacities; ) <br> and CLAYTON COUNTY, ) <br> GEORGIA, ) <br> ) <br> Defendants. ) | Civil Action Number: <br> 1:22-cv-04149-WMR |

## ORDER

This matter is before the Court on Defendant Felicia Franklin's Consent Motion for an Extension of Time to File Reply in Support of her Motion for Judgment on the Pleadings [Doc. 44]. Upon consideration, and for good cause shown, the Consent Motion is hereby **GRANTED**. Defendant Felicia Franklin shall have through and including **April 28, 2023,** to file her Reply.

SO ORDERED this 11th day of April, 2023.

*/s/ William M. Ray, II*
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE