# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:22-cv-04149-WMR
### Bivins v. Franklin et al
### Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 05/22/2023.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 11:45 A.M.      COURT REPORTER: Geraldine Glover
TIME IN COURT: 1:45                    DEPUTY CLERK: Sherri Lundy
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Edward Buckley representing Ramona Thurman Bivins<br>Jay Pontrelli representing Ramona Thurman Bivins<br>Kirsten Daughdril representing Gail Hambrick<br>Randall Farmer representing Alieka Anderson<br>JKenneth Jarrard representing Felicia Franklin |
| PROCEEDING CATEGORY:<br>MINUTE TEXT: | Court began by hearing Defendant Hambrick's Motion to Dismiss [Doc 22], Defendant Anderson's Motion for Judgment on the Pleadings [Doc 29] and Defendant Franklin's Motion for Judgment on the Pleadings [Doc 44]. Court then heard response from Plaintiff and rebuttal from Defendants Hambrick and Franklin. The Court defers ruling on ultra vires issue. The Court will issue a ruling to allow the constitutional claims to continue. |