# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RAMONA THURMAN BIVINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: |
| vs. ) | 1:22-cv-04149-WMR |
| ) | |
| FELICIA FRANKLIN, in her individual ) | |
| and official capacities; ) | |
| ALIEKA ANDERSON, in her individual ) | |
| and official capacities; ) | |
| GAIL HAMBRICK, in her individual ) | |
| and official capacities; and ) | |
| CLAYTON COUNTY, GEORGIA, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## NOTICE OF APPEARANCE OF PAUL JAY PONTRELLI AS COUNSEL FOR PLAINTIFF

Pursuant to Local Rule 83.1 (D)(1), N.D. Ga., Plaintiff hereby notifies Defendants and the Court of the appearance of Paul Jay Pontrelli, Georgia Bar No. 583513, as co-counsel for Plaintiff. Edward D. Buckley of this firm will remain as counsel of record for Plaintiff in this matter.

All further pleadings, Orders and notices directed towards Plaintiff after this date shall include service upon counsel as follows:

Paul Jay Pontrelli
Buckley Bala Wilson Mew, LLP

600 Peachtree Street NE, Suite 3900
Atlanta, GA 30308
jpontrelli@bbwmlaw.com

Respectfully submitted this 22nd day of May, 2023.

                           **BUCKLEY BALA WILSON MEW LLP**

                By:   */s/ Paul Jay Pontrelli*
                        Edward D. Buckley
                        Georgia Bar No. 092750
                        edbuckley@bbwmlaw.com
                        Paul Jay Pontrelli
                        Georgia Bar No. 583513
                        jpontrelli@bbwmlaw.com
                        600 Peachtree Street NE
                        Suite 3900
                        Atlanta, Georgia 30308
                        Telephone:  (404) 781-1100
                        Facsimile:  (404) 781-1101

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RAMONA THURMAN BIVINS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FELICIA FRANKLIN, in her individual )<br>and official capacities; )<br>ALIEKA ANDERSON, in her individual )<br>and official capacities; )<br>GAIL HAMBRICK, in her individual )<br>and official capacities; and )<br>CLAYTON COUNTY, GEORGIA, )<br>)<br>Defendants. )<br>_____) | CIVIL ACTION NO.:<br>1:22-cv-04149-WMR |

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2023, I filed the foregoing **NOTICE OF APPEARANCE OF PAUL JAY PONTRELLI AS COUNSEL FOR PLAINTIFF** using the CM/ECF system which will automatically send e-mail notification of such filing to counsel of record as follows:

    A. Ali Sabzevari - asabzevari@fmglaw.com
    Kirsten S. Daughdril - kirsten.daughdril@fmglaw.com
    John D. Bennett - jbennett@fmglaw.com
    Jack R. Hancock - jhancock@fmglaw.com
    Ken E. Jarrard - kjarrard@jarrard-davis.com
    Melissa A. Tracy - mtracy@jarrard-davis.com
    Randall C. Farmer - rfarmer@gdcrlaw.com

3

Dasha M. Jackson - djackson@gdcrlaw.com

**BUCKLEY BALA WILSON MEW LLP**

/s/ *Paul Jay Pontrelli*
Paul Jay Pontrelli
Georgia Bar No. 583513