# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RAMONA THURMAN BIVINS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FELICIA FRANKLIN, in her individual ) <br> and official capacities; ) <br> ALIEKA ANDERSON, in her individual ) <br> and official capacities; ) <br> GAIL HAMBRICK, in her individual ) <br> and official capacities; and ) <br> CLAYTON COUNTY, GEORGIA, ) <br> ) <br> Defendants. ) | CIVIL ACTION FILE NO.: <br> 1:22-cv-04149-WMR |

## **ENTRY OF APPEARANCE**

COMES NOW, Randall C. Farmer and notifies the Court of his entry of appearance as counsel for Defendant Alieka Anderson in the above-styled action. Mr. Farmer's contact information is as follows:

>Randall C. Farmer
>Georgia Bar No. 255345
>Gregory, Doyle, Calhoun & Rogers, LLC
>49 Atlanta Street
>Marietta, GA 30060
>Phone: (770) 422-1776
>Facsimile: (770) 426-6155
>Email: rfarmer@gdcrlaw.com

Respectfully submitted this 22nd day of May, 2023.

                              **GREGORY, DOYLE, CALHOUN & ROGERS, LLC**
                              Attorneys for Defendant Alieka Anderson

                              */s/ Randall C. Farmer*
                              Randall C. Farmer
                              Georgia Bar No. 255345

49 Atlanta Street
Marietta, Georgia 30060
Tel: (770) 422-1776
E-mail: rfarmer@gdcrlaw.com

## CERTIFICATE OF COMPLIANCE

I hereby certify that on this 22nd day of May, 2023, I electronically filed the foregoing Entry of Appearance using CM/ECF. By signature below, counsel certifies that the foregoing document was prepared in Times New Roman, 14 Point font, in compliance with Local Rule 7.1(D).

                                    **GREGORY, DOYLE, CALHOUN & ROGERS, LLC**
                                    Attorneys for Defendant Alieka Anderson

                                    */s/ Randall C. Farmer*
                                    Randall C. Farmer
                                    Georgia Bar No. 255345

49 Atlanta Street
Marietta, Georgia 30060
Tel: (770) 422-1776
E-mail: rfarmer@gdcrlaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| RAMONA THURMAN BIVINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FELICIA FRANKLIN, in her individual and official capacities; | ) ) | CIVIL ACTION FILE NO.: 1:22-cv-04149-WMR |
| ALIEKA ANDERSON, in her individual and official capacities; | ) ) | |
| GAIL HAMBRICK, in her individual and official capacities; and | ) ) | |
| CLAYTON COUNTY, GEORGIA, | ) ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day filed the foregoing **Entry of Appearance** using CM/ECF. I hereby certify that I have also served the following person(s) with a copy of the document via U.S. Mail and electronic mail to:

> Edward D. Buckley
> Andrew R. Tate
> Buckley Beal LLP
> 600 Peachtree Street NE
> Ste. 3900
> Atlanta, GA 30308
> edbuckley@buckleybeal.com
> atate@buckleybeal.com

Respectfully submitted this 22nd May, 2023

.

Page 4

**GREGORY, DOYLE, CALHOUN & ROGERS, LLC**
Attorneys for Defendant Alieka Anderson

*/s/ Randall C. Farmer*
Randall C. Farmer
Georgia Bar No. 255345

49 Atlanta Street
Marietta, Georgia 30060
Tel: (770) 422-1776
E-mail: rfarmer@gdcrlaw.com

3757350_1