# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RAMONA THURMAN BIVINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FELICIA FRANKLIN, in her individual ) | CIVIL ACTION FILE NO.: |
| and official capacities; ) | 1:22-cv-04149-WMR |
| ALIEKA ANDERSON, in her individual ) | |
| and official capacities; ) | |
| GAIL HAMBRICK, in her individual ) | |
| and official capacities; and ) | |
| CLAYTON COUNTY, GEORGIA, ) | |
| ) | |
| Defendants. ) | |

## DASHA M. JACKSON'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT ALIEKA ANDERSON

Pursuant to Local Rule 83.1(E)(2), Dasha M. Jackson files this Motion to Withdraw as counsel for Defendant Alieka Anderson. Randall C. Farmer of Gregory, Doyle, Calhoun & Rogers will continue to represent Defendant Anderson in this action. As such, Ms. Jackson's withdrawal will not affect any deadlines or hearings in this case.

The Clerk's office is requested to make such changes to the docket and to the electronic notification system as are necessary to reflect this withdrawal.

Wherefore, the undersigned counsel respectfully requests that Dasha Jackson be permitted to withdraw as counsel for Defendant Alieka Anderson in this matter. A proposed order is attached for the Court's convenience.

Respectfully submitted this 31st day of May, 2023.

**GREGORY, DOYLE, CALHOUN & ROGERS, LLC**
Attorneys for Defendant Alieka Anderson

*/s/ Dasha M. Jackson*
Dasha M. Jackson
Georgia Bar No. 386323

49 Atlanta Street
Marietta, Georgia 30060
Tel: (770) 422-1776
E-mail: djackson@gdcrlaw.com

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that on this 31st day of May, 2023, I electronically filed the foregoing **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT ALIEKA ANDERSON** using CM/ECF.  By signature below, counsel certifies that the foregoing document was prepared in Times New Roman, 14 Point font, in compliance with Local Rule 7.1(D).

        **GREGORY, DOYLE, CALHOUN & ROGERS, LLC**
        Attorneys for Defendant Alieka Anderson

        */s/ Dasha M. Jackson*
        Dasha M. Jackson
        Georgia Bar No. 386323

49 Atlanta Street
Marietta, Georgia 30060
Tel: (770) 422-1776
E-mail: djackson@gdcrlaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RAMONA THURMAN BIVINS, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>FELICIA FRANKLIN, in her individual )<br>and official capacities; )<br>ALIEKA ANDERSON, in her individual )<br>and official capacities; )<br>GAIL HAMBRICK, in her individual )<br>and official capacities; and )<br>CLAYTON COUNTY, GEORGIA, )<br>)<br>   Defendants. ) | CIVIL ACTION FILE NO.:<br>1:22-cv-04149-WMR |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day filed the foregoing **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT ALIEKA ANDERSON** using CM/ECF, which will automatically send e-mail notification of such filing to the following attorneys of record:

Edward D. Buckley
Paul J. Pontrelli
Buckley Beal LLP
600 Peachtree Street NE
Ste. 3900
Atlanta, GA 30308
edbuckley@bbwmlaw.com
jpontrelli@bbwmlaw.com

Arash A. Sabzevari   John D. Bennett
Jack R. Hancock   Kirsten S. Daughdril
Freeman Mathis & Gary, LLP
100 Galleria Pkwy., Ste. 1600
Atlanta, GA 30339
asabzevari@fmglaw.com
jhancock@fmglaw.com
jbennett@fmglaw.com
Kirsten.daughdril@fmglaw.com

Kenneth Edward Jarrard
Melissa Angeleah Tracy
Jarrard & Davis, LLP
222 Webb Street
Cumming, GA 30040
kjarrard@jarrard-davis.com
mtracy@jarrard-davis.com

Respectfully submitted this 31st May, 2023.

**GREGORY, DOYLE, CALHOUN & ROGERS, LLC**
Attorneys for Defendant Alieka Anderson

*/s/ Dasha M. Jackson*
Dasha M. Jackson
Georgia Bar No. 386323

49 Atlanta Street
Marietta, Georgia 30060
Tel: (770) 422-1776
E-mail: djackson@gdcrlaw.com

3760110_1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| RAMONA THURMAN BIVINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FELICIA FRANKLIN, in her individual and official capacities; | ) ) | CIVIL ACTION FILE NO.: 1:22-cv-04149-WMR |
| ALIEKA ANDERSON, in her individual and official capacities; | ) ) | |
| GAIL HAMBRICK, in her individual and official capacities; and | ) ) | |
| CLAYTON COUNTY, GEORGIA, | ) | |
| | ) | |
| Defendants. | ) | |

## **[PROPOSED] ORDER**

This action is before the Court on Dasha M. Jackson's Motion to Withdraw as Counsel for Defendant Alieka Anderson. Ms. Jackson is no longer with the law firm of Gregory, Doyle, Calhoun & Rogers. Randall C. Farmer of Gregory, Doyle, Calhoun & Rogers will continue to represent Defendant Alieka Anderson.

Accordingly, Ms. Jackson's Motion to Withdraw is hereby GRANTED. The Clerk is DIRECTED to terminate Ms. Jackson as counsel for Defendant Alieka Anderson.

SO ORDERED this _____ day of _____, 2023

2

_____
UNITED STATES JUDGE
NORTHERN DISTRICT OF GEORGIA