# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RAMONA THURMAN BIVINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FELICIA FRANKLIN, in her individual ) | CIVIL ACTION FILE NO.: |
| and official capacities; ) | 1:22-cv-04149-WMR |
| ALIEKA ANDERSON, in her individual ) | |
| and official capacities; ) | |
| GAIL HAMBRICK, in her individual ) | |
| and official capacities; and ) | |
| CLAYTON COUNTY, GEORGIA, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This action is before the Court on Dasha M. Jackson's Motion to Withdraw as Counsel for Defendant Alieka Anderson. Ms. Jackson is no longer with the law firm of Gregory, Doyle, Calhoun & Rogers. Randall C. Farmer of Gregory, Doyle, Calhoun & Rogers will continue to represent Defendant Alieka Anderson.

Accordingly, Ms. Jackson's Motion to Withdraw is hereby GRANTED. The Clerk is DIRECTED to terminate Ms. Jackson as counsel for Defendant Alieka Anderson.

SO ORDERED this 17th day of July, 2023

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE