# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **RAMONA THURMAN BIVINS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) **CIVIL ACTION NO.:** |
| | ) **1:22-cv-04149-WMR** |
| vs. | ) |
| | ) |
| **FELICIA FRANKLIN,** | ) |
| in her individual and official | ) |
| capacities; **ALIEKA ANDERSON** | ) |
| in her official and individual | ) |
| capacities, **GAIL HAMBRICK,** in | ) |
| her individual and official | ) |
| capacities; and **CLAYTON** | ) |
| **COUNTY, GEORGIA,** | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Rule 3.3, Defendant Clayton County, Georgia files herewith a Certificate of Interested Persons:

1.

The undersigned counsel of record for defendant to this action certify that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the

stock of a party:

    A.    Defendant Gail Hambrick

    B.    Defendant Felicia Franklin

    C.    Defendant Alieka Anderson

    D.    Defendant Clayton County, Georgia

    E.    Plaintiff Ramona Bivins

2.

The undersigned further certify that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None other than the Parties.

3.

The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    A.    Kirsten S. Daughdril – Counsel for Defendants Clayton County, Georgia and Gail Hambrick;

    B.    Jack R. Hancock – Counsel for Defendants Clayton County, Georgia

and Gail Hambrick;

C. John D. Bennett – Counsel for Defendants Clayton County, Georgia and Gail Hambrick;

D. A. Ali Sabzevari – Counsel for Defendants Clayton County, Georgia and Gail Hambrick;

E. Randall C. Farmer – Counsel for Defendant Alieka Anderson;

F. Melissa A. Tracy – Counsel for Defendant Felicia Franklin;

G. Kenneth E. Jarrard – Counsel for Defendant Felicia Franklin;

H. Edward D. Buckley – Counsel for Plaintiff Ramona Bivins; and

I. Paul J. Pontrelli – Counsel for Plaintiff Ramona Bivins

Respectfully submitted this the 25th day of August, 2023.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Kirsten S. Daughdril*
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com
Kirsten S. Daughdril
Georgia Bar No. 633350
Kirsten.daughdril@fmglaw.com
John D. Bennett
Georgia Bar No. 059212
jbennett@fmglaw.com

Jack R. Hancock
Georgia Bar No. 322450
jhancock@fmglaw.com

*Counsel for Defendant*
*Clayton County, Georgia*

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
T:  770.818.0000
F:  770.937.9960

- 4 -

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **GAIL HAMBRICK'S CERTIFICATE OF INTERESTED PERSONS** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants:

This 25th day of August, 2024.

                                **FREEMAN MATHIS & GARY, LLP**

                                */s/ Kirsten S. Daughdril*
                                Kirsten S. Daughdril
                                Georgia Bar 633350
                                Kirsten.daughdril@fmglaw.com

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
T:  770.818.0000
F:  770.937.9960