IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RAMONA THURMAN BIVINS,

    Plaintiff,

vs.

FELICIA FRANKLIN, in her individual
and official capacities;
ALIEKA ANDERSON, in her individual
and official capacities;
GAIL HAMBRICK, in her individual
and official capacities; and
CLAYTON COUNTY, GEORGIA,

    Defendants.

CIVIL ACTION NO.:
1:22-cv-04149-WMR

## DEFENDANT GAIL HAMBRICK'S NOTICE OF APPEAL

Notice is hereby given that Defendant Gail Hambrick, in her individual capacity, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order [Doc. No. 61] entered in this action on August 10, 2023.

Respectfully submitted this 8th day of September, 2023.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Kirsten S. Daughdril*
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com
Kirsten S. Daughdril
Georgia Bar No. 633350
kirsten.daughdril@fmglaw.com
John D. Bennett
Georgia Bar No. 059212
jbennett@fmglaw.com
Jack R. Hancock
Georgia Bar No. 322450
jhancock@fmglaw.com

*Counsel for Defendant Gail Hambrick*

100 Galleria Parkway, Ste. 1600
Atlanta, Georgia  30339-5948
Tel: (770) 818-0000
Fax: (770) 937-9960

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have electronically filed the foregoing **Notice of Appeal** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

Andrew Ready Tate
Edward D. Buckley
Buckley Beal LLP
600 Peachtree Street, NE
Suite 3900
Atlanta, Georgia 30308
atate@buckleybeal.com
edbuckley@buckleybeal.com

*Counsel for Plaintiff*

This 8th day of September, 2023.

**FREEMAN MATTHIS & GARY, LLP**

*/s/ Kirsten S. Daughdril*
Kirsten S. Daughdril
Georgia Bar No. 633350
Kirsten.daughdril@fmglaw.com