IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RAMONA THURMAN BIVINS,<br><br>    Plaintiff,<br><br>vs.<br><br>FELICIA FRANKLIN, in her individual and official capacities;<br>ALIEKA ANDERSON, in her individual and official capacities;<br>GAIL HAMBRICK, in her individual and official capacities; and<br>CLAYTON COUNTY, GEORGIA,<br><br>    Defendants. | CIVIL ACTION NO.:<br>1:22-cv-04149-WMR |

## [PROPOSED] O R D E R

The Defendants having moved this Court to stay all proceedings in this case pending Defendant Hambrick's appeal to the Eleventh Circuit, and it appearing that this Order is sought in good faith with good cause having been shown, IT IS HEREBY ORDERED that the Motion to Stay Proceedings Pending Appeal is GRANTED. All discovery in this case, including disclosures and planning conferences pursuant to Fed. R. Civ. P. 26 and L.R. 26.1, shall be stayed pending Defendant Hambrick's appeal to the Eleventh Circuit.

- 1 -

- 2 -

**SO ORDERED**, this _____ day of _____, 2023

.

_____
HONORABLE WILLIAM M. RAY, III
UNITED STATES DISTRICT JUDGE