# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

**KEVIN P. WEIMER**
**DISTRICT COURT EXECUTIVE**
 AND **CLERK OF COURT**

**DOCKETING SECTION**
404-215-1655

September 8, 2023

Clerk's Office
U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia    30303

      **U.S.D.C. No.:** 1:22-cv-4149-WMR
      **U.S.C.A. No.:** 00-00000-00
      **In re:**    Ramona Thurman Bivins v. Felicia Franklin et al

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Clerk's Judgment, Opinion & Order and Docket Sheet appealed enclosed.** |
|  | This is not the first notice of appeal. Other notices were filed on . |
|  | There is no transcript. |
| **X** | **The court reporter is Geraldine Glover.** |
|  | There is sealed material as described below: . |
|  | Other: . |
| **X** | **Fees paid electronically on 9/8/23. (Receipt# AGANDC-12872085)** |
|  | Appellant has been   leave to proceed *in forma pauperis*. |
|  | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
|  | The Magistrate Judge is . |
| **X** | **The District Judge is William M. Ray, II.** |
|  | This is a **DEATH PENALTY** appeal. |

      Sincerely,

      Kevin P. Weimer
      District Court Executive
      and Clerk of Court

      By:   /s/P. McClam
      Deputy Clerk