# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 11, 2023

Iftikhar Khan
150 GLENMORA DR
BURR RIDGE, IL 60527

Nazir Khan
150 GLENMORA DR
BURR RIDGE, IL 60527

Appeal Number: 23-12821-D
Case Style: Nazir Khan, et al v. Artivion, Inc.
District Court Docket No: 1:21-cv-02291-SCJ

Tolling Motion
The district court docket indicates that the notice of appeal was filed before the disposition of a timely tolling motion. The notice of appeal becomes effective when the order disposing of the motion is entered. See FRAP 4(a)(4). **All appeal deadlines are suspended pending the district court's entry of an order disposing of the motion. Upon entry of the district court's order, the time to take required action will begin to run anew without further notice.**

All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers
General Information:     404-335-6100     Attorney Admissions:         404-335-6122
Case Administration:     404-335-6135     Capital Cases:               404-335-6200
CM/ECF Help Desk:        404-335-6125     Cases Set for Oral Argument: 404-335-6141

MOT-2 Notice of Court Action