# EXHIBIT A

Untitled - Message

| | |
|---|---|
| From : | Alleka Anderson <Alleka.Anderson@claytoncountyga.gov> |
| To : | ███████████ |
| Subject : | Fwd: Vanderbilt Invoices |
| Received On : | 6/14/2022 8:42 PM |
| Attachments : | Image427476.png   Image172016.png   Image538042.png   Image002659.png   Image867900.png   Image127291.png   Image432751.png   Image470958.png   Image645692.png   Image680680.png   Image534811.png   Vanderbilt Invoice 1 13 2022.pdf   Vanderbilt Invoice 6 8 2022.pdf |

FYI!

Sent from my iPad

Begin forwarded message:

> From: Dennis Johnson <Dennis.Johnson@claytoncountyga.gov>
> Date: June 10, 2022 at 10:53:14 AM EDT
> To: Alleka Anderson <Alleka.Anderson@claytoncountyga.gov>
> Subject: Vanderbilt Invoices
>
> **This email is from an Internal sender**
>
> Commissioner Anderson,
>
> Please find the attached invoices for Vanderbilt Online training as you requested. I am unable to retrieve the remaining two invoices due to system issues. I will continue to work on getting those for you today. As far as the invoice paid on Wednesday, I have issued a stop payment on the check. I have also stopped any other invoices from being paid. If you have any questions feel free to call me.
>
> Dennis Johnson
>
> Dennis Johnson
> Deputy CFO
> Finance
> Clayton County Board of Commissioners
>
> 770.477.3205
>
> 404.450.0330
>
> Dennis.Johnson@claytoncountyga.gov
> 770.477.3235
> 112 Smith Street, Jonesboro, GA, 30236
> ClaytonCountyGA.gov

Unfiled - Message

Unfiled - Message

From :        Alieka Anderson <Alieka.Anderson@claytoncountyga.gov>
To :          ███████████████
Subject :     Fwd: Information request from 6/10/2022
Received On : 6/14/2022 2:27 PM
Attachments : image809951.png    image414263.png    image473933.png    image460355.png    ima
              ge521272.png    image093093.png    image443140.png    image098497.png    image7
              51070.png    image444415.png    image927220.png    Commissioner Anderson Request
              6 10 2022.pdf

FYI!!!

Sent from my iPad

Begin forwarded message:

> From: Dennis Johnson <Dennis.Johnson@claytoncountyga.gov>
> Date: June 13, 2022 at 5:45:07 PM EDT
> To: Alieka Anderson <Alieka.Anderson@claytoncountyga.gov>
> Subject: Information request from 6/10/2022
>
> **This email is from an internal sender**
> Commissioner Anderson,
>
> Please find the attached responses and documents per your request.
>   1. Relevant communication with Finance with Finance staff related to this request
>
>   As of June 13, 2022 staff has not found any relevant communication at this time related to this request.
>
>   2. Approval by the Chairman
>
>   None of the transactions show any approval by the Chairman.
>
>   3. Issuance of 3 or 4 checks paid to Vanderbilt
>
>   I have attached both sides of the actual cancelled checks and workflow approvals for invoices paid to Vanderbilt University.
>
>   4. What line item in the budget did this item come from?
>
>   The classes were paid out of the Finance Travel and Training budget.
>
>   5. Was money for her to attend Vanderbilt University budgeted and approved by the Board?
>
>   I have attached the Munis account. The amount shown for the original Approved Budget was $42,000. This amount was included and approved as part of the FY 2022 budget. There was no further breakdown.
>
>   6. Request paperwork for these classes at Vanderbilt.
>
>   No paperwork has been requested from Vanderbilt University at this time.
>
> If there is specific paperwork you would like to see, I will have staff make the request from Vanderbilt University.
>
> I hope this answers your questions.
>
> Dennis Johnson
>
>
> Dennis Johnson
> Deputy CFO
> Finance
> Clayton County Board of Commissioners
>
> 770.477.3205

Unfiled - Message

404.450.0330

Dennis.Johnson@claytoncountyga.gov
770.477.3235
112 Smith Street, Jonesboro, GA, 30236
ClaytonCountyGA.gov