

222 WEBB STREET
CUMMING, GEORGIA 30040

KEN E. JARRARD
PARTNER
KJARRARD@JARRARD-DAVIS.COM

PHONE: 678-455-7150
FAX: 678-455-7149
WWW.JARRARD-DAVIS.COM

November 15, 2023

Courtroom Deputy for The Honorable William M. Ray, II
1721 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

    Re:    **Bivins v. Franklin, et al.**
            **U.S. District Court for the Northern District of Georgia**
            **Civil Action No: 1:22-cv-04149-WMR**

    Pursuant to Local Rule 83.1E(4), please allow this letter to serve as my request that the above-referenced case not be calendared during the time period of **January 2, 2024 through and including January 7, 2024**. I, Ken E. Jarrard, lead counsel for Defendant Sheriff Ron Freeman, will be on leave for personal vacation and out-of-state travel and, therefore, unavailable for proceedings. By e-filing this letter, I have notified all counsel of record of my correspondence with the Court. Please feel free to contact me if you have any questions.

    Thank you for your consideration.

                Sincerely,

                **JARRARD & DAVIS, LLP**

                */s/ Ken E. Jarrard*
                Ken E. Jarrard
                Georgia Bar No. 389550