- 9 -

## ATTACHMENT A

1. Plaintiff has knowledge regarding the factual basis for the allegations contained in her complaint, Defendants' defenses, and Defendant Clayton County's counterclaim.

2. Gail Hambrick has knowledge regarding the factual basis for the allegations contained in Plaintiff's complaint, Defendants' defenses, and Defendant Clayton County's counterclaim. Defendant Hambrick may be contacted through Freeman Mathis & Gary, LLP.

3. Alieka Anderson has knowledge regarding the factual basis for the allegations contained in Plaintiff's complaint, Defendants' defenses, and Defendant Clayton County's counterclaim. Defendant Anderson may be contacted through Counsel of Record.

4. Felicia Franklin has knowledge regarding the factual basis for the allegations contained in Plaintiff's complaint, Defendants' defenses, and Defendant Clayton County's counterclaim. Defendant Franklin may be contacted through Counsel of Record.

5. Pamela Ambles may have knowledge regarding the factual basis for the allegations contained in Plaintiff's complaint, Defendants' defenses, and

Defendant Clayton County's counterclaim. Ms. Ambles may be contacted through Freeman Mathis & Gary, LLP.

6. Detrick Stanford may have knowledge regarding the factual basis for the allegations contained in Plaintiff's complaint, Defendants' defenses, and Defendant Clayton County's counterclaim. Mr. Stanford may be contacted through Freeman Mathis & Gary, LLP.

7. Stacey Merritt may have knowledge regarding the factual basis for the allegations contained in Plaintiff's complaint, Defendants' defenses, and Defendant Clayton County's counterclaim. Ms. Merritt may be contacted through Freeman Mathis & Gary, LLP.

8. Jeffrey E. Turner may have knowledge regarding the factual basis for the allegations contained in Plaintiff's complaint, Defendants' defenses, and Defendant Clayton County's counterclaim. Mr. Turner may be contacted through Freeman Mathis & Gary, LLP.

9. Employees/contractors of Terminus Municipal Advisors, LLC may have knowledge regarding the factual basis for the allegations contained in Plaintiff's complaint, Defendants' defenses, and Defendant Clayton County's counterclaim.

10. Employees in the Clayton County Finance Department may have knowledge regarding the factual basis for the allegations contained in Plaintiff's

complaint, Defendants' defenses, and Defendant Clayton County's counterclaim. These employees may be contacted through Freeman Mathis & Gary, LLP.

11. DeMont Davis may have knowledge regarding the factual basis for the allegations contained in Plaintiff's complaint, Defendants' defenses, and Defendant Clayton County's counterclaim. Mr. Davis may be contacted through Freeman Mathis & Gary.

12. Dennis Johnson may have knowledge regarding the factual basis for the allegations contained in Plaintiff's complaint, Defendants' defenses, and Defendant Clayton County's counterclaim. Mr. Johnson may be contacted through Freeman Mathis & Gary.

13. All individuals identified by Plaintiff in the complaint may have knowledge regarding the factual basis for the allegations contained in Plaintiff's complaint, Defendants' defenses, and Defendant Clayton County's counterclaim.

14. Any individuals identified or referenced during the course of discovery or at any time during this civil action, including any individuals identified in records exchanged during discovery, may have knowledge regarding the factual basis for the allegations contained in Plaintiff's complaint, Defendants' defenses, and Defendant Clayton County's counterclaim.

15. All individuals identified in Plaintiff's initial disclosures may have knowledge regarding the factual basis for the allegations contained in Plaintiff's complaint, Defendants' defenses, and Defendant Clayton County's counterclaim.

16. Defendants' research, investigation, and discovery is ongoing, and they reserve the right to supplement these disclosures with additional witnesses.