## ATTACHMENT B

Defendants have not yet made a decision as to whether they will present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. Defendants will supplement these disclosures should an expert be retained for trial purposes.