## ATTACHMENT C

1. Plaintiff's Clayton County personnel file.

2. Detrick Stanford's Clayton County personnel file as it relates to his enrollment in any educational courses.

3. All Clayton County correspondence to or from Vanderbilt University regarding Clayton County's payment for Plaintiff's enrollment at Vanderbilt University, including records of the County's payments to Vanderbilt University for Plaintiff's tuition.

4. Email and other correspondence regarding the County's payments to Vanderbilt University for Plaintiff's tuition.

5. Relevant Clayton County Board of Commissioners' minutes and agendas.

6. All documents exchanged or referenced during discovery or at any time during this civil action.

7. All documents listed or produced by Plaintiff or Defendants in this action.

8. All documents listed by Plaintiff in response to initial disclosures.

9. The Terminus Municipal Advisors, LLC's audit and related documents.

10. Relevant Clayton County by laws, ordinances, and policies.

11. Defendants' research, investigation, and discovery is ongoing, and they reserve the right to supplement these disclosures with additional information should it be warranted.