- 15 -

# ATTACHMENT D

Not applicable.