- 16 -

## **ATTACHMENT E**

Defendants will produce a copy of Clayton County's excess liability insurance policy for inspection and copying at a mutually convenient time.

- 16 -