**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| RAMONA THURMAN BIVINS， ） | |
| ） | |
| Plaintiff， ） | |
| ） | CIVIL ACTION NO.: |
| vs. ） | 1:22-cv-04149-WMR |
| ） | |
| FELICIA FRANKLIN, in her individual ） | |
| and official capacities; ） | |
| ALIEKA ANDERSON, in her individual） | |
| and official capacities; ） | |
| GAIL HAMBRICK, in her individual ） | |
| and official capacities; and ） | |
| CLAYTON COUNTY, GEORGIA, ） | |
| ） | |
| Defendants. ） | |
| _____） | |

## **CERTIFICATE OF SERVICE OF DISCOVERY**

I hereby certify that on March 14, 2024, Plaintiff's First Requests for
Production of Documents to Defendants Clayton County, Georgia were served
upon all counsel of record via electronic mail to:

Randall C. Farmer - rfarmer@gdcrlaw.com
Dasha M. Jackson - djackson@gdcrlaw.com
A. Ali Sabzevari - asabzevari@fmglaw.com
Kirsten S. Daughdril - kirsten.daughdril@fmglaw.com
John D. Bennett - jbennett@fmglaw.com
Jack R. Hancock - jhancock@fmglaw.com

17

Ken E. Jarrard - kjarrard@jarrard-davis.com
Melissa A. Tracy - mtracy@jarrard-davis.com

And a copy of this Certificate was filed with the Clerk of Court using the CM/ECF system, which automatically will send email notification and access to an electronic copy of the filing to all counsel of record.

**BUCKLEY BALA WILSON MEW LLP**

/s/ *Paul Jay Pontrelli*
Paul Jay Pontrelli
Georgia Bar No. 583513