# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RAMONA THURMAN BIVINS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FELICIA FRANKLIN, in her individual ) <br> and official capacities; ) <br> ALIEKA ANDERSON, in her individual ) <br> and official capacities; ) <br> GAIL HAMBRICK, in her individual ) <br> and official capacities; and ) <br> CLAYTON COUNTY, GEORGIA, ) <br> ) <br> Defendants. ) <br> _____) | CIVIL ACTION NO.: <br> 1:22-cv-04149-WMR |

## **CERTIFICATE OF SERVICE OF DISCOVERY**

I hereby certify that on March 15, 2024, Plaintiff's First Requests for Production of Documents to Defendant Aleika Anderson were served upon all counsel of record via electronic mail to:

Randall C. Farmer - rfarmer@gdcrlaw.com
Dasha M. Jackson - djackson@gdcrlaw.com
A. Ali Sabzevari - asabzevari@fmglaw.com
Kirsten S. Daughdril - kirsten.daughdril@fmglaw.com
John D. Bennett - jbennett@fmglaw.com
Jack R. Hancock - jhancock@fmglaw.com

15

Ken E. Jarrard - kjarrard@jarrard-davis.com
Melissa A. Tracy - mtracy@jarrard-davis.com

And a copy of this Certificate was filed with the Clerk of Court using the CM/ECF system, which automatically will send email notification and access to an electronic copy of the filing to all counsel of record.

**BUCKLEY BALA WILSON MEW LLP**

/s/ *Paul Jay Pontrelli*
Paul Jay Pontrelli
Georgia Bar No. 583513