IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **RAMONA THURMAN BIVINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action Number:** |
| | ) | **1:22-CV-04149-WMR** |
| **FELICIA FRANKLIN, in her** | ) | |
| **individual and official capacities;** | ) | |
| **et.al,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## RULE 5.4 CERTIFICATE OF SERVICE

COMES NOW, Defendant Felicia Franklin ("Franklin"), by and through her undersigned counsel, and pursuant to the Northern District of Georgia Local Rules, Rule 5.4, hereby files this Certificate of Serving Discovery showing the Court that the following discovery was served on counsel for all parties:

1. Defendant Felicia Franklin's Responses and Objections to Plaintiff's First Requests for Production of Documents to Defendant Felicia Franklin.

by delivering a copy of same via electronic mail addressed to:

Edward D. Buckley
Jay Pontrelli
Buckley Bala Wilson Mew LLP
Bank of America Plaza, Suite 3900

600 Peachtree Street NE
Atlanta, GA 30308
edbuckley@bbwmlaw.com
jpontrelli@bbwmlaw.com

Randall C. Farmer
Gregory, Doyle, Calhoun & Rogers, LLC
49 Atlanta Street
Marietta, GA 30060
rfarmer@gregorydoylefirm.com

Kirsten S. Daughdril
A. Ali Sabzevari
Jack R. Hancock
Freeman Mathis & Gary, LLP
100 Galleria Parkway
Ste. 1600
Atlanta, GA 30339
kirsten.daughdril@fmglaw.com
asabzevari@fmglaw.com
jhancock@fmglaw.com

This 15th day of April, 2024.

**JARRARD & DAVIS, LLP**

/s/ *Melissa A. Tracy*
Melissa A. Tracy
Georgia Bar No. 071447

222 Webb Street              *Attorney for Defendant, Felicia Franklin*
Cumming, Georgia 30040
(678) 455-7150 - telephone
mtracy@jarrard-davis.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date electronically filed the foregoing **RULE 5.4 CERTIFICATE OF SERVICE** in the above-styled civil action with the Clerk of Court by using the Court's CM/ECF system, which will automatically send notice of same to the attorneys of record. Additionally, a true and correct copy of same has been delivered to the following counsel of record:

Edward D. Buckley
Jay Pontrelli
Buckley Bala Wilson Mew LLP
Bank of America Plaza, Suite 3900
600 Peachtree Street NE
Atlanta, GA 30308
edbuckley@bbwmlaw.com
jpontrelli@bbwmlaw.com


Randall C. Farmer
Gregory, Doyle, Calhoun & Rogers, LLC
49 Atlanta Street
Marietta, GA 30060
rfarmer@gregorydoylefirm.com

Kirsten S. Daughdril
A. Ali Sabzevari
Jack R. Hancock
Freeman Mathis & Gary, LLP
100 Galleria Parkway
Ste. 1600
Atlanta, GA 30339
kirsten.daughdril@fmglaw.com
asabzevari@fmglaw.com

3

jhancock@fmglaw.com

This 15th day of April, 2024.

**JARRARD & DAVIS, LLP**

*/s/ Melissa A. Tracy*
Melissa A. Tracy
Georgia Bar No. 071447

222 Webb Street
Cumming, Georgia 30040
(678) 455-7150 - telephone
mtracy@jarrard-davis.com

*Attorney for Defendant, Felicia Franklin*