**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

RAMONA THURMAN BIVINS,      )
      )
    Plaintiff,      )
      )
v.      )
      )
FELICIA FRANKLIN, in her individual  )    CIVIL ACTION FILE NO.:
and official capacities;  )    1:22-cv-04149-WMR
ALIEKA ANDERSON, in her individual  )
and official capacities;  )
GAIL HAMBRICK, in her individual  )
and official capacities; and  )
CLAYTON COUNTY, GEORGIA,  )
      )
    Defendants.      )

## **5.4 CERTIFICATION OF DEFENDANT ANDERSON'S RESPONSE TO PLAINTIFF'S REQUEST FOR DOCUMENTS**

The undersigned hereby certify that on the 22nd day of April, 2024, he served

**DEFENDANT ANDERSON'S RESPONSE TO PLAINTIFF'S REQUEST**

**FOR DOCUMENTS** .

Respectfully submitted this 22nd day of April, 2024.

        **GDCR, LLC**
        Attorneys for Defendant Anderson

        /s/ Randall C. Farmer
        Randall C. Farmer
        Georgia Bar Number 255345

49 Atlanta Street
Marietta, Georgia 30060
Telephone: 770-422-1776
Facsimile: 770-426-6155
rfarmer@gregorydoylefirm.com

## **CERTIFICATION OF COUNSEL**

The undersigned pursuant to this Court's Local Rules hereby certifies that this document has been prepared with Times New Roman 14 point.

This 22nd day of April, 2024.

**GDCR, LLC**
Attorneys for Defendant Anderson

/s/ Randall C. Farmer
Randall C. Farmer
Georgia Bar Number 255345

49 Atlanta Street
Marietta, Georgia 30060
Telephone: 770-422-1776
Facsimile: 770-426-6155
rfarmer@gregorydoylefirm.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| RAMONA THURMAN BIVINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FELICIA FRANKLIN, in her individual | ) | CIVIL ACTION FILE NO.: |
| and official capacities; | ) | 1:22-cv-04149-WMR |
| ALIEKA ANDERSON, in her individual | ) | |
| and official capacities; | ) | |
| GAIL HAMBRICK, in her individual | ) | |
| and official capacities; and | ) | |
| CLAYTON COUNTY, GEORGIA, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2024, I electronically filed the **5.4**

**CERTIFICATE FOR DEFENDANT ALIEKA ANDERSON'S RESPONSES**

**TO PLAINTIFF REQUEST FOR THE PRODUCTION OF DOCUMENTS**

with the Clerk of Court using the CM/ECF system which will automatically send

email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Edward D. Buckley | |
| Jay Pontrelli | Kirsten S. Daughdril |
| Buckley Beal LLP | Freeman Mathis & Gary, LLP |
| 600 Peachtree Street NE | 100 Galleria Parkway |
| Atlanta, GA 30308 | Atlanta, GA 30339 |

4

Ken Jarrard
Melissa A. Tracy
Jarrard & Davis, LLP
222 Webb Street
Cumming. GA 30040

**GDCR, LLC**
Attorneys for Defendant Anderson

/s/ Randall C. Farmer
Randall C. Farmer
Georgia Bar Number 255345

49 Atlanta Street
Marietta, Georgia 30060
Telephone: 770-422-1776
Facsimile: 770-426-6155
rfarmer@gregorydoylefirm.com

3892892_1