# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RAMONA THURMAN BIVINS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FELICIA FRANKLIN, in her individual ) <br> and official capacities; ) <br> ALIEKA ANDERSON, in her individual ) <br> and official capacities; ) <br> GAIL HAMBRICK, in her individual ) <br> and official capacities; and ) <br> CLAYTON COUNTY, GEORGIA, ) <br> ) <br> Defendants. ) | CIVIL ACTION FILE NO.: <br> 1:22-cv-04149-WMR |

## 5.4 CERTIFICATION OF DEFENDANT ANDERSON'S REQUEST FOR DOCUMENTS

The undersigned hereby certify that on the 26th day of April, 2024 that he served **DEFENDANT ANDERSON'S REQUEST FOR DOCUMENTS TO PLAINTIFF** on Plaintiff's counsel.

Respectfully submitted this 26th day of April, 2024.

**GDCR, LLC**
Attorneys for Defendant Anderson

/s/ Randall C. Farmer
Randall C. Farmer
Georgia Bar Number 255345

49 Atlanta Street
Marietta, Georgia 30060
Telephone: 770-422-1776
Facsimile: 770-426-6155
rfarmer@gregorydoylefirm.com

## **CERTIFICATION OF COUNSEL**

The undersigned pursuant to this Court's Local Rules hereby certifies that this document has been prepared with Times New Roman 14 point.

This 26th day of April, 2024.

                                          **GDCR, LLC**
                                        Attorneys for Defendant Anderson

                                        /s/ *Randall C. Farmer*
                                        Randall C. Farmer
                                        Georgia Bar Number 255345

49 Atlanta Street
Marietta, Georgia 30060
Telephone: 770-422-1776
Facsimile: 770-426-6155
rfarmer@gregorydoylefirm.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RAMONA THURMAN BIVINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FELICIA FRANKLIN, in her individual ) | CIVIL ACTION FILE NO.: |
| and official capacities; ) | 1:22-cv-04149-WMR |
| ALIEKA ANDERSON, in her individual ) | |
| and official capacities; ) | |
| GAIL HAMBRICK, in her individual ) | |
| and official capacities; and ) | |
| CLAYTON COUNTY, GEORGIA, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2024, I electronically filed the **5.4 CERTIFICATE FOR DEFENDANT ALIEKA ANDERSON'S REQUEST FOR THE PRODUCTION OF DOCUMENTS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Edward D. Buckley | |
| Jay Pontrelli | Kirsten S. Daughdril |
| Buckley Beal LLP | Freeman Mathis & Gary, LLP |
| 600 Peachtree Street NE | 100 Galleria Parkway |
| Atlanta, GA 30308 | Atlanta, GA 30339 |

Ken Jarrard<br>
Melissa A. Tracy<br>
Jarrard & Davis, LLP<br>
222 Webb Street<br>
Cumming. GA 30040

**GDCR, LLC**<br>
Attorneys for Defendant Anderson

/s/ Randall C. Farmer
Randall C. Farmer
Georgia Bar Number 255345

49 Atlanta Street
Marietta, Georgia 30060
Telephone: 770-422-1776
Facsimile: 770-426-6155
rfarmer@gregorydoylefirm.com

3894622_1