IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RAMONA THURMAN BIVINS,<br><br>    Plaintiff,<br><br>vs.<br><br>FELICIA FRANKLIN, in her individual and official capacities;<br>ALIEKA ANDERSON, in her individual and official capacities;<br>GAIL HAMBRICK, in her individual and official capacities; and<br>CLAYTON COUNTY, GEORGIA, | CIVIL ACTION NO.:<br>1:22-CV-04149-WMR |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that I have this day served the foregoing DEFENDANT/COUNTERCLAIMANT CLAYTON COUNTY, GEORGIA'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF/COUNTERCLAIM DEFENDANT by electronic mail upon:

Paul Jay Pontrelli
Edward Buckley
Buckley Bala Wilson Mew LLP
600 Peachtree Street, NE, Ste. 3900
Atlanta, Georgia 30308
Email: jpontrelli@bbwmlaw.com
Email: edbuckley@bbwmlaw.com
*Attorneys for Plaintiff*

Randall C. Farmer
Gregory, Doyle, Calhoun & Rogers, LLC
49 Atlanta Street
Marietta, Georgia 30060
Tel: 770-422-1776
Email: rfarmer@gdcrlaw.com
*Attorneys for Defendant Alieka Anderson*

Melissa A. Tracy
Ken E. Jarrard
Jarrard & Davis, LLP
222 Web Street
Cumming, Georgia 30040
Email: kjarrard@jarrard-davis.com
Email: mtracy@jarrard-davis.com
*Attorneys for Defendant Felicia Franklin*

This 10th day of May, 2024.




(signature on following page)

**FREEMAN MATHIS & GARY, LLP**

*/s/ Kirsten S. Daughdril*
Jack R. Hancock
Georgia Bar No. 322450
Jack.hancock@fmglaw.com
Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com
John D. Bennett
Georgia Bar No. 059212
jbennett@fmglaw.com
Kirsten S. Daughdril
Georgia Bar No. 633350
Kirsten.daughdril@fmglaw.com
*Attorneys for Defendant Clayton County, Georgia*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
T: 770.818.0000
F: 833.330.3669