# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RAMONA THURMAN BIVINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FELICIA FRANKLIN, in her individual ) | CIVIL ACTION FILE NO.: |
| and official capacities; ) | 1:22-cv-04149-WMR |
| ALIEKA ANDERSON, in her individual ) | |
| and official capacities; ) | |
| GAIL HAMBRICK, in her individual ) | |
| and official capacities; and ) | |
| CLAYTON COUNTY, GEORGIA, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 24, 2024, a copy of the foregoing Plaintiff's Objections and Responses to Defendant Clayton County Georgia's First Requests for Production of Documents to Plaintiff was served via email to the following counsel of record:

Randall C. Farmer - rfarmer@gdcrlaw.com
Dasha M. Jackson - djackson@gdcrlaw.com
A. Ali Sabzevari - asabzevari@fmglaw.com
Kirsten S. Daughdril - kirsten.daughdril@fmglaw.com
John D. Bennett - jbennett@fmglaw.com
Jack R. Hancock - jhancock@fmglaw.com
Ken E. Jarrard - kjarrard@jarrard-davis.com
Melissa A. Tracy - mtracy@jarrard-davis.com

/s/ Paul Jay Pontrelli

Paul Jay Pontrelli
Georgia Bar No. 583513