# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RAMONA THURMAN BIVINS,             )<br>                                                            )<br>       Plaintiff,                                 )<br>                                                            )<br>vs.                                                     )<br>                                                            )<br>FELICIA FRANKLIN, in her individual )<br>and official capacities;                    )<br>ALIEKA ANDERSON, in her individual)<br>and official capacities;                    )<br>GAIL HAMBRICK, in her individual   )<br>and official capacities; and              )<br>CLAYTON COUNTY, GEORGIA,    )<br>                                                            )<br>       Defendants.                             )<br>_____)  | CIVIL ACTION NO.:<br>1:22-cv-04149-WMR |

## **CERTIFICATE OF SERVICE OF DISCOVERY**

I hereby certify that on August 19, 2024, Plaintiff's Second Requests for Production of Documents to Defendants Clayton County, Georgia were served upon all counsel of record via electronic mail to:

Randall C. Farmer - rfarmer@gdcrlaw.com
Dasha M. Jackson - djackson@gdcrlaw.com
A. Ali Sabzevari - asabzevari@fmglaw.com
Kirsten S. Daughdril - kirsten.daughdril@fmglaw.com
John D. Bennett - jbennett@fmglaw.com
Jack R. Hancock - jhancock@fmglaw.com

Ken E. Jarrard - kjarrard@jarrard-davis.com
Melissa A. Tracy - mtracy@jarrard-davis.com

And a copy of this Certificate was filed with the Clerk of Court using the CM/ECF system, which automatically will send email notification and access to an electronic copy of the filing to all counsel of record.

BUCKLEY BALA WILSON MEW LLP

/s/ *Paul Jay Pontrelli*
Paul Jay Pontrelli
Georgia Bar No. 583513