IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RAMONA THURMAN BIVINS,<br><br>    Plaintiff,<br><br>vs.<br><br>FELICIA FRANKLIN, in her individual and official capacities;<br>ALIEKA ANDERSON, in her individual and official capacities;<br>GAIL HAMBRICK, in her individual and official capacities; and<br>CLAYTON COUNTY, GEORGIA, | CIVIL ACTION NO.:<br>1:22-CV-04149-WMR |

## **RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY**

I hereby certify that I have this day served the foregoing DEFENDANT CLAYTON COUNTY, GEORGIA'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S SECOND REQUESTS FOR PRODUCTION OF DOCUMENTS and DEFENDANT CLAYTON COUNTY, GEORGIA'S AMENDED OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS by electronic mail upon:

Paul Jay Pontrelli
Edward Buckley
Buckley Bala Wilson Mew LLP
600 Peachtree Street, NE, Ste. 3900
Atlanta, Georgia 30308
Email: jpontrelli@bbwmlaw.com

Email: edbuckley@bbwmlaw.com
*Attorneys for Plaintiff*

Randall C. Farmer
Gregory, Doyle, Calhoun & Rogers, LLC
49 Atlanta Street
Marietta, Georgia 30060
Tel: 770-422-1776
Email: rfarmer@gdcrlaw.com
*Attorneys for Defendant Alieka Anderson*

Melissa A. Tracy
Ken E. Jarrard
Jarrard & Davis, LLP
222 Web Street
Cumming, Georgia 30040
Email: kjarrard@jarrard-davis.com
Email: mtracy@jarrard-davis.com
*Attorneys for Defendant Felicia Franklin*

This 7th day of October, 2024.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Kirsten S. Daughdril*
Jack R. Hancock
Georgia Bar No. 322450
Jack.hancock@fmglaw.com
Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com
John D. Bennett
Georgia Bar No. 059212
jbennett@fmglaw.com

                                              Kirsten S. Daughdril
                                              Georgia Bar No. 633350
                                              Kirsten.daughdril@fmglaw.com
                                              *Attorneys for Defendant Clayton County, Georgia*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
T:  770.818.0000
F:  833.330.3669