# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RAMONA THURMAN BIVINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 1:22-cv-04149-WMR |
| FELICIA FRANKLIN, in her individual ) | |
| and official capacities; ALIEKA ) | |
| ANDERSON, in her individual and ) | |
| official capacities; GAIL HAMBRICK, ) | |
| in her individual and official capacities; ) | |
| and CLAYTON COUNTY, GEORGIA, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, I hereby certify that on November 21, 2024, I electronically filed **DEFENDANT ALIEKA ANDERSON'S RESPONSE TO PLAINTIFF'S SECOND REQUESTS FOR PRODUCTION OF DOCUMENTS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Edward D. Buckley | Melissa A. Tracy |
| Paul Jay Pontrelli | Ken E. Jarrard |
| BUCKLEY BALA WILSON MEW LLP | JARRARD & DAVIS, LLP |
| 600 Peachtree Street NE | 222 Webb Street |
| Ste. 3900 | Cumming. GA 30040 |
| | mtracy@jarrard-davis.com |

        Atlanta, GA 30308        kjarrard@jarrard-davis.com
        edbuckley@bbwmlaw.com
        jpontrelli@bbwmlaw.com

        Kirsten S. Daughdril
        A. Ali Sabzevari
        Jack R. Hancock
        John D. Bennett
    FREEMAN MATHIS & GARY, LLP
    100 Galleria Parkway, Ste. 1600
        Atlanta, GA 30339
    kirsten.daughdril@fmglaw.com
    asabzevari@fmglaw.com
    jhancock@fmglaw.com
    jbennett@fmglaw.com

Respectfully submitted this 21st day of November, 2024.

        **GDCR, LLC**

        */s/ Randall C. Farmer*
        Randall C. Farmer
        Georgia Bar Number 255345
        Attorneys for Defendant Anderson

49 Atlanta Street
Marietta, Georgia 30060
Telephone: 770-422-1776
Facsimile: 770-426-6155
rfarmer@gdcrlaw.com

## **CERTIFICATION OF COUNSEL**

The undersigned pursuant to this Court's Local Rules hereby certifies that this document has been prepared with Times New Roman 14 point.

This 21st day of November, 2024.

**GDCR, LLC**

*/s/ Randall C. Farmer*
Randall C. Farmer
Georgia Bar Number 255345
Attorneys for Defendant Anderson

49 Atlanta Street
Marietta, Georgia 30060
Telephone: 770-422-1776
Facsimile: 770-426-6155
rfarmer@gdcrlaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RAMONA THURMAN BIVINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 1:22-cv-04149-WMR |
| FELICIA FRANKLIN, in her individual ) | |
| and official capacities; ALIEKA ) | |
| ANDERSON, in her individual and ) | |
| official capacities; GAIL HAMBRICK, ) | |
| in her individual and official capacities; ) | |
| and CLAYTON COUNTY, GEORGIA, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2024, I electronically filed the **5.4 CERTIFICATE OF SERVICE FOR DEFENDANT ALIEKA ANDERSON'S RESPONSES TO PLAINTIFF REQUEST FOR THE PRODUCTION OF DOCUMENTS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Edward D. Buckley | Melissa A. Tracy |
| Paul Jay Pontrelli | Ken E. Jarrard |
| BUCKLEY BALA WILSON MEW LLP | JARRARD & DAVIS, LLP |
| 600 Peachtree Street NE | 222 Webb Street |
| Ste. 3900 | Cumming. GA 30040 |
| | mtracy@jarrard-davis.com |

4

Atlanta, GA 30308
edbuckley@bbwmlaw.com
jpontrelli@bbwmlaw.com

kjarrard@jarrard-davis.com

Kirsten S. Daughdril
A. Ali Sabzevari
Jack R. Hancock
John D. Bennett
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Ste. 1600
Atlanta, GA 30339
kirsten.daughdril@fmglaw.com
asabzevari@fmglaw.com
jhancock@fmglaw.com
jbennett@fmglaw.com

**GDCR, LLC**
Attorneys for Defendant Anderson

*/s/ Randall C. Farmer*
Randall C. Farmer
Georgia Bar Number 255345

49 Atlanta Street
Marietta, Georgia 30060
Telephone: 770-422-1776
Facsimile: 770-426-6155
rfarmer@gdcrlaw.com

Doc. 4000026