# JARRARD & DAVIS, LLP

| 222 WEBB STREET<br>CUMMING, GEORGIA 30040 | MELISSA A. TRACY<br>OF COUNSEL<br>MTRACY@JARRARD-DAVIS.COM | PHONE: 678-455-7150<br>FAX: 678-455-7149<br>WWW.JARRARD-DAVIS.COM |
|---|---|---|

January 15, 2025

Courtroom Deputy for The Honorable William M. Ray, II
1721 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

    **Re:** **Bivins, Ramona v. Felicia Franklin, et al.**
         **U.S. District Court for the Northern District of Georgia**
         **Civil Action No: 1:22-CV-04149**

Pursuant to Local Rule 83.1E(4), please allow this letter to serve as my request that the above-referenced case not be calendared during the time period of:

- March 7, 2025; and
- March 31 – April 4, 2025.

I, Melissa A. Tracy, counsel for Defendant Felicia Franklin, will be on leave for personal vacation and family obligations and, therefore, unavailable for proceedings.

By e-filing this letter, I have notified all counsel of record of my correspondence with the Court. Please feel free to contact me if you have any questions.

Thank you for your consideration.

                                                    Sincerely,

                                                  **JARRARD & DAVIS, LLP**

                                                  */s/ Melissa A. Tracy*
                                                  Melissa A. Tracy
                                                  Georgia Bar No. 714477